AMENDED LIQUIDATION ANALYSIS EMANUEL GONZALEZ 18-07215-BKT12

| Estate Property Description | Market Value | Estimated Liquidation Factor | Realizable Value | Liens | Exemption | Liquidation Value |
|---|---|---|---|---|---|---|
| 1.5 cda. Located at Rd. 453 Km 1.3 in Guajataca Ward in Quebradillas PR | $1,500 | 100% | $1,500 | | | $1,500 |
| 1.0 cda. Located at Rd. 453 Km 1.3 in Guajataca Ward in Quebradillas PR | $1,000 | 100% | $1,000 | | | $1,000 |
| 6.0 cdas. Located at Rd. 453 Km 1.3 in Guajataca Ward in Quebradillas PR | $6,000 | 100% | $6,000 | | | $6,000 |
| Dairy Farm with milking facilities located at Rd. 453 Km 1.3 in Guajataca Ward in Quebradillas PR composed of :<br>- Lot of 12 cdas. Property 10,688 Registered on Page 88, Book 197 of the Registry of Property of Quebradillas<br>- Lot of 900 sq. mts. . Property 8,979 Registered on Page 245, Book 168 of the Registry of Property of Quebradillas<br>- Lot of 13.5 cdas. Property 3,566 Registered on Page 199, Book 79 of the Registry of Property of Quebradillas | $125,125 | | | Claim 7 filed by BPPR $882,948.15 | - | - |
| Two Story Residence of 4 bedrooms and 2 bathrooms Located at Rd. 453, Km. 1.7 | $38,400 | | | Claim 7 filed by FIDA $139,542.60 | - | - |
| Pontiac Grand Prix (year 1993) | $1,000 | | | | 522(d)(5) | - |
| 1986 Ford Tractor Model 6600 | $5,000 | | | | 522(d)(5) 522(d)(2) | - |
| Household Goods | $2,300 | | | | 522(d)(3) | - |
| Electronics (TV Cellphone etc.) | $500 | | | | 522(d)(3) | - |
| Clothing | $500 | | | | 522(d)(3) | - |
| Jewelry | $200 | | | | 522(d)(4) | - |
| Cash | $300 | | | | 522(d)(5) | - |
| BPPR Checking Acc. | $100 | | | | 522(d)(35) | - |
| Deposits in Utilities | $250 | | | | 522(d)(5) | - |
| Milk Quota 10,000 Liters @ $13.50 per liter | $135,000 | | | Claim 7 filed by BPPR $882,948.15 | - | - |
| 4 – 1 birth heifers @ $1,800 each | $7,200 | 75% | $5,400 | | | $5,400 |
| 5 – 2 births cows @$1,500 each | $7,500 | 75% | $5,625 | | | $5,625 |
| 13– 3 births cows @$1,000 each | $13,000 | 75% | $9,750 | | | $9,750 |
| 6 heifers (6 months old) @$200 each | $1,200 | 75% | $800 | | | $800 |
| 8 heifers (8 months old) @$800 each | $6,400 | 75% | $4,800 | | | $4,800 |

AMENDED LIQUIDATION ANALYSIS EMANUEL GONZALEZ 18-07215-BKT12

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 Milk Extraction Pumps @$2,500 each | $5,000 | 75% | $3,750 | | | $3,750 |
| 1 Milk Tank 6,100 Liters | $4,000 | 75% | $3,000 | | | $3,000 |
| Milk Cooling System | $200 | 75% | $150 | | | $150 |
| 8 Milk Extraction Machines @ $300 each | $2,400 | 75% | $1,800 | | | $1,800 |
| Electric Generator | $400 | 75% | $300 | | | $300 |
| Water Pump | $3000 | 75% | $2,250 | | | $2,250 |
| Water Heater | $400 | 75% | $300 | | | $300 |
| COW Feed | $500 | 100% | $500 | | | $500 |
| Chemicals | $200 | 100% | $200 | | | $200 |
| Fertilizers | $100 | 100% | $100 | | | $100 |
| | $289,850 | | | | | $47,225 |

SUMMARY OF LIQUIDATION ANALYSIS

| | | |
|---|---|---|
| Estimated Net Assets at Liquidation Value: | $ | 46,425.00 |
| Less – Liquidation expenses (15%): | $ | 6,693.45 |
| Less – Priority Taxes: Claim 1 IRS: | $ | 12,368.23 |
| Less – Priority Taxes:Claim 7 Asume | $ | 0 |
| Net Assets | $ | 25,226.46 |
| Less Chapter 7 Trustee Liquidation fees: | $ | 2,500.00 |
| | | |
| Funds Available for Unsecured Creditors: | $ | 22,726.46 |

Dividend through the Plan of Reorganization $42,301.00 + $3,000 (present value) = 5.40% Dividend to CLASS 6 General Unsecured Creditors
    *** Dividend to the Unsecured Creditor's Class has been increased to $42,301.00 as recommended by the Chapter 12 Trustee ***