*INFORME DE VALORACION SOBRE DOS PROPIEDADES LOCALIZADAS EN:*

*CARRETERA ESTATAL #453, Km 15.3*

*BARRIO GUAJATACA*

*MUNICIPIO DE QUEBRADILLAS, PUERTO RICO*

*SOMETIDO A:*

*LIC. HOMEL MERCADO*

*PO BOX*

*MAYAGÜEZ, PUERTO RICO 00681*

*PREPARADO POR:*

# *RAFAEL ARCAYA CRUZADO*

*VALUADOR PROFESIONAL AUTORIZADO*

*CERTIFICACION GENERAL #130*

*LICENCIA E.P.A. 255*

*HC 05 BOX 50859*

*MAYAGÜEZ, PUERTO RICO 00680-9360*

*TELEFONO (787) 265-5150*

*CELULAR (787) 438-3415*

# RAFAEL ARAYA CRUZADO

*Valuador Profesional Autorizado*

*Certificación General #130 - Licencia E.P.A. 255*

HC 05 Box 50859, Mayagüez, Puerto Rico 00680          Teléfonos (787) 265-5150 - (787) 438-3415

*Carta de Trámite*

*4 de diciembre del 2018*

*Lic. Homel Mercado*
*PO Box*
*Mayagüez, Puerto Rico 00681*

*Re: Informe de Valoración*

*Estimado Lic. Mercado:*

*Conforme a su solicitud, se procedió a valorar una propiedad inmueble localizada en la Carretera Estatal #453, kilómetro 15.3, interior, Barrio Guajataca del municipio de Quebradillas, Puerto Rico. Para tales fines se realizó un estudio de los valores prevalecientes, así como una inspección personal de la misma. El informe adjunto describe los factores tomados en consideración para estimar su justo valor en el mercado.*

*Luego de su análisis, he concluido que el valor en el mercado al 12 de octubre del 2018, sujeto a las condiciones que más adelante se especifican, es como sigue:*

*EVALUACIÓN ESTIMADA ..........$46,300.00*
*(CUARENTA Y SEIS MIL, TRESCIENTOS DOLARES)*

*En espera de haber cumplido a cabalidad con la encomienda que usted me solicitara, quedo de usted,*

*Atentamente,*

*Rafael Araya Cruzado*
*Valuador Profesional Autorizado*
*Certificación General #130*
*Licencia E.P.A. 255*

## RESUMEN DE CONCLUSIONES IMPORTANTES

Propiedad #1

| | | |
|---|---|---|
| Solicitante | : | Lic. Homel Mercado |
| Propietario | : | Manuel González |
| Propósito | : | Quiebra |
| Derechos Evaluados | : | Dominio Absoluto |
| Valor Estimado | : | Valor en el Mercado |
| Localización | : | Carretera Estatal #453, km 15.3, int. Barrio Guajataca, Quebradillas, Puerto Rico |
| Cabida | : | 13.53 cuerdas |
| Codificación | : | No disponible |
| Zonificación | : | No zonificado |
| Uso Actual | : | Agrícola |
| Mejor Uso | : | Agrícola |
| Mejoras | : | Estructura de una plantas construida de hormigón armado y bloques de hormigón. |
| Valoración | : | $34,250.00 |
| Terrenos | : | $13,530.00 |
| Mejoras | : | $20,720.00 |
| Unitario | : | $1,000.00 por cuerda |
| Fecha de efectividad: | | 12 de octubre del 2018 |

RESUMEN DE CONCLUSIONES IMPORTANTES

Propiedad #2

| | | |
|---|---|---|
| Solicitante | : | Lic. Homel Mercado |
| Propietario | : | Manuel González |
| Propósito | : | Quiebra |
| Derechos Evaluados | : | Dominio Absoluto |
| Valor Estimado | : | Valor en el Mercado |
| Localización | : | Carretera Estatal #453, km 15.3, int. Barrio Guajataca, Quebradillas, Puerto Rico |
| Cabida | : | 12.00 cuerdas |
| Codificación | : | No disponible |
| Zonificación | : | No zonificado |
| Uso Actual | : | Agrícola |
| Mejor Uso | : | Agrícola |
| Mejoras | : | A la fecha de efectividad de este informe no existían mejoras enclavadas dentro del predio objeto de valoración. |
| Valoración | : | $12,000.00 |
| Terrenos | : | $12,000.00 |
| Mejoras | : | $    000.00 |
| Unitario | : | $1,000.00 por cuerda |
| Fecha de efectividad: | | 12 de octubre del 2018 |

## TABLA DE CONTENIDO

Página Número

Página Frontal ..................................... -

Carta de Trámite .................................. -

Resumen de Conclusiones Importantes ............... -

Condiciones Limitantes y Contingentes .............. -

Propósito del Evalúo ............................... 1

Valor en el Mercado ............................... 1

Definición de Tasación ............................ 1

Análisis del Vecindario ............................ 2

Descripción de la Propiedad ....................... 3

Métodos de Valoración ............................ 4

Ambito de la Tasación ............................. 5

Ventas Comparables ............................... 5

Análisis del Mercado .............................. 11

Reconciliación y Conclusión de Valor .............. 11

Valoración ....................................... 12

### ADDENDA

Fotografías del Sujeto ............................. -

Croquis del Sujeto ................................ -

Curriculum Vitae .................................. -

El tasador que suscribe supone que:

1. La descripción legal suministrada y tomada en consideración es correcta.

2. El título de la propiedad es bueno y mercadeable.

3. No hay defecto de título, solo aquellos que se mencionan en este informe.

4. La propiedad está libre de cargas y gravámenes.

5. La propiedad está administrada y mantenida apropiadamente.

6. Todo plano suministrado es correcto.

Este informe se somete bajo las siguientes condiciones limitantes:

1. Informaciones, estimados y opiniones sometidas al que suscribes y contenidas en este informe fueron obtenidas de fuentes que se consideran confiables, ciertas y correctas. Sin embargo, el tasador no puede garantizar ni asumir responsabilidad por la veracidad de esas informaciones.

2. Este informe no puede ser considerado como una apreciación ambiental de la propiedad. El que suscribe no es un experto en la materia de ecología y su responsabilidad se limita a informar condiciones adversas de contaminación cuando estas puedan ser observadas a simple vista.

3. No se han hecho mensuras ni estudios de suelo del predio valorado.

4. No se asume responsabilidad por cuestiones de carácter legal que pueda afectar el título de la propiedad.

5. No se ha ocultado voluntariamente información alguna que pueda afectar, alterar o perjudicar las conclusiones del tasador.

6. Los honorarios por este avalúo no son contingentes con la valoración informada.

7. El que suscribe no tiene interés presente o futuro de clase alguna con el inmueble valorado.

8. Cualquier diagrama o plano de localización incluido en este informe se hace con el propósito único de asistir al lector a visualizar mejor la propiedad.

9. La distribución de valor indicada aplica solamente al programa de utilización presente y no debe ser utilizada en conjunto con otra valoración, ya que la haría inservible.

10. El testimonio o comparecencia ante los tribunales de Justicia no ha sido requerido por causa de este estudio. Cualquier requerimiento deberá ser contratado por separado.

11. Este informe es de carácter confidencial. Su distribución se limita a las partes interesadas en el propósito de la valoración.

12. El que suscribe ha señalado en este informe los arreglos necesarios para la habitabilidad de esta propiedad, deterioro o presencia de sustancias tóxicas o dañinas que le haya sido posible observar a simple vista y a menos que se diga lo contrario no tiene conocimientos sobre daños o deficiencias físicas  que puedan estar ocultas y que puedan tener un efecto adverso en cuanto al valor de la propiedad y asume que dichas condiciones no existen por lo que no se garantiza directa o implícitamente que puedan estar presentes. El tasador no es responsable por la existencia de esas limitaciones y que requieran la intervención de expertos en ingeniería para ser descubiertos.

13. Dado el caso de que el que suscribe no es un experto en cuanto a deficiencias ambientales, su informe no puede ser considerado como un estudio del mismo y su efecto sobre el valor de la propiedad.

## PROPOSITO Y FECHA DE EFECTIVIDAD

Es el propósito del presente estudio de valoración el estimar el valor en el mercado del dominio absoluto de una propiedad inmueble localizada en la Carretera Estatal #453, kilómetro 15.3, interior, Barrio Guajataca del municipio de Quebradillas, al 4 de diciembre del 2018, para fines de quiebra.

## DEFINICION DE VALOR EN EL MERCADO

"Valor en el mercado" según se utiliza en este informe significa el precio más probable expresado en dólares o su equivalente, que la propiedad objeto de valoración sería capaz de producir en un mercado libre y competitivo, bajo todas las condiciones y requisitos de una venta justa, a una fecha específica de valoración, siempre que el vendedor dispusiera de un tiempo razonable para conseguir un comprador voluntario y consciente de todos los usos a que el inmueble pueda dedicarse en un futuro próximo o razonablemente cercano.

Esta definición implica que la perfección de una venta para una fecha específica y el traspaso del título del vendedor al comprador bajo las siguientes condiciones ocurre cuando: 1. el comprador y el vendedor están típicamente motivados; 2. ambas partes están bien informadas o bien asesoradas y actuando en lo que ambos consideran sus mejores intereses; 3. se   permite un tiempo razonable para una exposición en el mercado abierto;    4. se efectúa el pago en términos de efectivo en dólares o arreglos financieros comparables a éste; 5. el precio representa la consideración normal de la propiedad vendida sin estar afectado por financiamiento especial ó concesiones de ventas por alguien relacionado con la transacción.

## DEFINICION DE TASACION

Una tasación es una opinión de valor debidamente sustentada, objetiva y no prejuiciada, hecha por una persona cualificada, quien no tiene interés oculto sobre el bien objeto de valoración, realizada a una fecha específica, sobre una propiedad descrita adecuadamente y con precisión.

## ANALISIS DE LA VECINDAD

**Puerto Rico**

Con una población total de 3,725,789 de acuerdo al censo del año 2010, Puerto Rico ha entrado en recesión económica desde los finales del año 2006. La contracción económica ha provocado que más de 500,000 habitantes hayan emigrado mayormente hacia los Estados Unidos donde ahora la población de origen puertorriqueña sobrepasa los 4,500,000 de personas. Esa emigración ha provocado en una baja de más de sesenta por ciento en las ventas de bienes inmuebles, lo que a su vez ha provocado una marcada baja en sus precios. La deuda nacional se estima en más de $78,000,000,000 que es superior a la de los estados California y New York, cuyas economías son cuando al menos diez veces mayores y que por ende se considere impagable  Actualmente aplican las leyes del salario mínimo de los Estados Unidos y el turismo ha pasado a ser hacia varias décadas la fuentes de ingresos de mayor importancia cuando se ha estimado la llegada de 5,000,000 turistas en el año 1999, lo que representa un continuado aumento del 2% anual. El Producto Nacional Bruto es menor a $40,000,000.00, con una tasa de descenso de más del 2% durante los últimos nueve años. La tasa de ingreso per capita es de $17,800.00, el Producto Nacional Neto es de $67,900,000.00, cifras que se han mantenido virtualmente inalteradas desde el 2006.

La tasa de inflación anual se ha estimado 3%, la fuerza laboral en menos de 1,000,000 trabajadores, lo que implica una merma de cerca de 500,000 empleados de su nivel superior. La tasa de desempleo es más de 13% y la participación laboral menor al 40%, una de las más bajas del mundo. Las exportaciones anuales se han reducido en más del 15% y los ingresos por dichas exportaciones en cerca de un 20%. Las industrias principales son la farmacéutica, electrónica, vestimenta, productos comestibles y turismo. La producción eléctrica se estima en 16,760,000,000 kilovatios, del cual el 98.5% provienen de materias fósiles, y el 1.5 % hidráulica. El consumo eléctrico es de 15,587,000.00 kilovatios.

La isla cubre un área total de 9,104 kilómetros cuadrados, de los cuales 8,959 es tierra, 145 es agua. La línea costera total es de 501 kilómetros. Su topografía es mayormente montañosa, con llanos costeros al Norte, Sur y Oeste de la isla. Las playas se componen mayormente de arena a lo largo de Puerto Rico.

## Quebradillas:

Fundado en el año 1823, Quebradillas está localizada en el llano costanero septentrional y colinda al Norte con el Océano Atlántico, al Sur con el municipio de San Sebastián, al Este con el municipio de Camuy y al Oeste con el municipio de Isabela. Tiene un área superficial de 23 millas cuadradas, (60 kilómetros cuadrados) y su población de acuerdo al censo del año 2,000 era de 25,450 habitantes, lo que le concede una densidad poblacional de 357.1 personas por kilómetro cuadrados (424.2 personas por millas cuadrada). Se compone de los siguientes barrios: Quebradillas Pueblo, San Antonio, San José, Cacao, Charcas, Coco y Terranova.

Las condiciones económicas han sido históricamente muy por debajo del Area Metropolitana de San Juan. El centro comercial urbano por lo general están despejado, carentes de áreas de estacionamientos adecuados y un flujo lento de tránsito vehicular. La estabilidad de los empleos es bajo el promedio insular; la conveniencia a éstos es regular. La cercanía a los centros comerciales es adecuada; así como la cercanía a los centros de educación. El área está representada por dos instituciones universitarias como la Universidad de Puerto Rico y la Universidad Interamericana. La transportación pública es regular; sus facilidades recreativas están muy por debajo del promedio insular.

Las utilidades públicas operan inadecuadamente. La planificación urbana y rural es deficiente, y la expansión rural es muy acelerada, previéndose que la protección de la infraestructura pueda quedar por debajo de los niveles fundamentales. La protección policiaca es deficiente. El ritmo de crecimiento urbano es lento; la compatibilidad de las propiedades es virtualmente inexistente, sin embargo la apariencia de las propiedades es buena y su atractivo al mercado es buena.

## Vecindario

Rural, compuesto por fincas de cabidas mayores y algunas unidades familiares de recursos económicos mixtos, ocupados mayormente por sus dueños y solares vacantes. Su crecimiento es bajo el promedio y la unidad residencial típica se valora en $75,000.00. Queda delimitado al Norte con el Barrio San Antonio, al Sur el Lago Guajataca, al Este con el Barrio Puertos y al Oeste con el Barrio Charcas.

## DESCRIPCION DE LA PROPIEDAD

### Propiedad #1

| | | |
|---|---|---|
| Localización | : | Carretera Estatal #453, km 15.3, int., Barrio Guajataca, Quebradillas, Puerto Rico |
| Cabida | : | 13.53 cuerdas |
| Compatibilidad | : | Dentro del promedio del vecindario |
| Colindancias | : | Norte - Sucesión Jaca y Gumersinda Méndez<br>Sur - Antonio Nieves antes, hoy Marcos Hernández<br>Este - Juan Pablo Nieves<br>Oeste - Juan Pablo Nieves |
| Dator Notariales | : | Escritura #52, 30 de diciembre del 1991, Lic. Everilda Rodríguez de Mejías |
| Historial de la propiedad: | | La propiedad no ha cambiado de dueños durante los últimos cinco años. |
| Codificación | : | No disponible |
| Configuración | : | Irregular |
| Topografía | : | Llana y ondulante al nivel del acceso |
| Suelos | : | No se han hecho estudios de suelos. Se parte de la premisa de que son firmes y compactos. |
| Frentes | : | 20 metros lineales |
| Accesos | : | Carretera municipal |
| Zonificación | : | No zonificado |
| Facilidades | : | Acueductos, energía eléctrica, líneas telefónicas, transportación pública, correo, recogido de la basura. |
| Uso actual | : | Agrícola |
| Mejor uso | : | Agrícola, considerando su uso actual, localización, vecindario y facilidades. |
| Desagües | : | Adecuados, Zona X |
| Cánon de arrendamiento: | | Ocupada por su dueño |
| Gravámenes | : | No se observan gravámenes sobre el predio objeto de valoración. De haberlos ocultos, la conclusión de valor podría ser diferente a la concluida en este informe. |
| Tiempo de exposición | : | Se considera que la propiedad objeto de valoración tomaría alrededor de cinco años en venderse si fuese puesta a la venta en un mercado libre y competitivo. |

## MEJORAS

| | | |
|---|---|---|
| Tipo | : | Terrera no prefabricada |
| Uso actual | : | Agrícola |
| Mejor uso | : | Agrícola-comercial |
| Número de plantas | : | Una |
| Número de unidades | : | Una |
| Base | : | Hormigón armado |
| Pisos | : | Losas de terrazo |
| Paredes exteriores | : | Bloques de hormigón empañetados a 10' de altura |
| Paredes interiores | : | Bloques de hormigón empañetados a 10' de altura |
| Columnas | : | Hormigón armado |
| Vigas | : | Hormigón armado |
| Techo | : | Hormigón armado |
| Ventanas | : | De metal tipo Miami |
| Puertas exteriores | : | De metal |
| Puertas interiores | : | No tiene |
| Area de construcción | : | 480 pies cuadrados |
| Distribución interior | : | Oficina, cuarto utilizado para el procesamiento de leche, servicios sanitarios. |
| Calidad de construcción | : | Buena |
| Fecha de construcción | : | 1980 |
| Condiciones | : | Buenas |
| Vida efectiva | : | 35 años |
| Terminaciones | : | Rústica |
| Otras Mejoras | : | Ranchón, pozo séptico |
| Depreciaciones | : | Físicas 35%<br>Funcionales 00%<br>Externas 00% |

## DESCRIPCION DE LA PROPIEDAD

### Propiedad #2

| | | |
|---|---|---|
| Localización | : | Carretera Estatal #453, km 15.3, int., Barrio Guajataca, Quebradillas, Puerto Rico |
| Cabida | : | 12.00 cuerdas |
| Compatibilidad | : | Dentro del promedio del vecindario |
| Colindancias | : | Norte - antes con Germán Hernández y Rosario Jaca, hoy con Hermenegildo González e Ignacio Jaca |
| | | Sur - antes con Marcelo Rivera, Ramón Pérez y Antonio Pérez, hoy Posada de Amor |
| | | Este - antes con Pedro Hernández, hoy Posada de Amor |
| | | Oeste - con Emmanuel González |
| Dator Notariales | : | Tomo 197, folio 88, finca 10,688 |
| Historial de la propiedad: | | La propiedad no ha cambiado de dueños durante los últimos cinco años. |
| Codificación | : | No disponible |
| Configuración | : | Irregular |
| Topografía | : | Ondulante y jaldosa |
| Suelos | : | No se han hecho estudios de suelos. Se parte de la premisa de que son firmes y compactos. |
| Frentes | : | No tiene |
| Accesos | : | Enclavada |
| Zonificación | : | No zonificado |
| Facilidades | : | Ninguna |
| Uso actual | : | Agrícola |
| Mejor uso | : | Agrícola, considerando su uso actual, localización, vecindario y facilidades. |
| Desagües | : | Adecuados, Zona X |
| Cánon de arrendamiento: | | Ocupada por su dueño |
| Gravámenes | : | No se observan gravámenes sobre el predio objeto de valoración. De haberlos ocultos, la conclusión de valor podría ser diferente a la concluida en este informe. |
| Tiempo de exposición | : | Se considera que la propiedad objeto de valoración tomaría alrededor de cinco años en venderse si fuese puesta a la venta en un mercado libre y competitivo. |

* La utilidad de este predio depende del frente, acceso y facilidades de la parcela colindante ya que no tiene ni frente ni acceso así como tampoco agua, ni luz ni ninguno de los otros servicios. Se valora como parte integral de la propiedad #1.

## METODOS DE VALORACION

En la valoración de bienes inmuebles, normalmente se utilizan los siguientes enfoques de valoración:

### 1. Enfoque de Ventas Comparables

Este método parte del principio de sustitución, el cual establece que un comprador bien informado no pagaría más por un bien inmueble de lo que le costaría otro de igual utilidad. Se sustenta de la premisa de que el valor de la propiedad lo representa aquel que compradores y vendedores bien informados están dispuestos a negociar voluntariamente. La valoración envuelve la comparación directa del bien objeto de evalúo con propiedades vendidas recientemente, dentro del mismo vecindario o en uno similar y de otras características parecidas. También se pueden comparar con otras propiedades similares en venta, considerando que el precio solicitado podría representar el precio más alto que al que se puede vender.

### 2. Enfoque de Costo

Este método parte de una variación al principio de sustitución, que en este caso establece que ningún comprador bien informado pagaría mas por un bien inmueble de lo que le costaría construir uno de igual utilidad. Se basa en a premisa de que los costos de construcción añadido al precio del predio en el cual enclava, es un buen indicador de su valor en el mercado. La valoración envuelve en estimar por separado el valor de los terrenos y estimar el costo de construcción o de reemplazo de de las mejoras, descontando la pérdida de  utilidad y por lo tanto valor, por cualquier causa. El valor estimado de las mejoras siempre debe añadir al valor de los terrenos para poder concluir que las estructuras tienen algún valor.

### 3. Enfoque de Ingresos

Este método se basa en el principio de que la inversión en bienes raíces se hace con el fin de que produzca un beneficio  en proporción a la cuantía invertida. La valoración envuelve el cálculo la vida productiva del bien objeto de valoración y estimando el valor presente de un flujo de ingresos por la vida productiva del bien capitalizado a una tasa prevaleciente.

## AMBITO DE LA TASACION

Se le ha solicitado al que suscribe la valoración de un predio de terreno localizado en la Carretera Estatal #453, kilómetro 15.3, interior, Barrio Guajataca del municipio de Quebradillas, Puerto Rico, con fecha de efectividad de 4 de diciembre del 2018 para fines de quiebra. Se valoran dos fincas conteniendo una estructura de una planta dentro de una zona rural del municipio de Quebradillas. Como una de ellas está enclavada y sin facilidades se valora como parte integral del otro predio. Para lograr nuestro objetivo se utilizará el enfoque de ventas comparables para valorar los terrenos y ni el enfoque de costo para valorar las mejoras. No se utiliza el enfoque de ingresos ya que la propiedad no los produce. Fuente de información para las ventas comparables: PR Comparable Sales Data System. Fuente de información para los costos de construcción: ARPE, USDA, guía de costos Marshall and Swift y contratistas regionales, método de extracción del mercado.

## VENTAS COMPARABLES

### Venta #1

| | | |
|---|---|---|
| Fecha | : | 1 de febrero del 2018 |
| Cabida | : | 4,673.00 metros cuadrados = 1.1889 cuerdas |
| Area de vivienda | : | 1,028 pies cuadrados |
| Precio | : | $53,000.00 |
| Terrenos | : | $ 1,000.00 |
| Mejoras | : | $52,000.00 |
| Unitario | : | $0.21 por metro = $841.08 por cuerda |
| Fuente de información | : | PR Comparable Sales Data System |
| Localización | : | Carretera Estatal #407, km 2.3 Barrio Furnias, Las María, Puerto Rico |
| Topografía | : | Ondulante |
| Configuración | : | Irregular |
| Frente | : | 75 metros lineales |
| Acceso | : | Carretera Estatal #407 |
| Vecindario | : | Rural, compuesta por fincas de cabidas mayores y algunas unidades familiares de recursos económicos mixtos. |
| Facilidades | : | Acueductos, energía eléctrica, líneas telefónicas, transportación pública, correo, recogido de la basura. |
| Zonificación | : | Rural, no zonificado |
| Uso actual | : | Residencial |
| Mejor uso | : | Residencial, considerando su uso actual, localización, vecindario y facilidades. |
| Mejoras | : | Estructura residencial de una planta construida de hormigón armado y bloques de hormigón. Consta de 2 dormitorios, 2 baños, sala-comedor, cocina y balcón. Otras mejoras: guardería, cuarto de desahogo, pozo séptico, guardería, rejas, áreas pavimentadas. Construida en el 1976. |

**Venta #2**

| | | |
|---|---|---|
| Fecha | : | 31 de enero del 2018 |
| Cabida | : | 14,448.00 metros cuadrados = 3.6760 cuerdas |
| Area de vivienda | : | 1,492 pies cuadrados |
| Precio | : | $112,000.00 |
| Terrenos | : | $    2,000.00 |
| Mejoras | : | $110,000.00 |
| Unitario | : | $0.14 por metro = $544.07 por cuerda |
| Fuente de información | : | PR Comparable Sales Data System |
| Localización | : | Carretera Estatal #111, km 25.1<br>Barrio Lares, Lares, Puerto Rico |
| Topografía | : | Ondulante y jaldosa |
| Configuración | : | Irregular |
| Frente | : | 125 metros lineales |
| Acceso | : | Carretera Estatal #111 |
| Vecindario | : | Rural, compuesta por fincas de cabidas mayores y algunas unidades familiares de recursos económicos mixtos. |
| Facilidades | : | Acueductos, energía eléctrica, líneas telefónicas, transportación pública, correo, recogido de la basura. |
| Zonificación | : | Rural, no zonificado |
| Uso actual | : | Residencial |
| Mejor uso | : | Residencial, considerando su uso actual, localización, vecindario y facilidades. |
| Mejoras | : | Estructura residencial de una planta construida de hormigón armado y bloques de hormigón. Consta de 3 dormitorios, 2 baños, sala, comedor, cocina, balcón y marquesina de 576 pies cuadrados. Otras mejoras: verjas, rejas, áreas pavimentadas, terraza de madera, pozo séptico. Construida en el 1987. |

**Venta #3**

| | | |
|---|---|---|
| Fecha | : | 25 de enero del 2018 |
| Cabida | : | 9,872.00 metros cuadrados = 2.5117 cuerdas |
| Area de vivienda | : | 2,234 pies cuadrados |
| Precio | : | $135,000.00 |
| Terrenos | : | $   1,000.00 |
| Mejoras | : | $134,000.00 |
| Unitario | : | $0.10 por metro = $398,13 por cuerda |
| Fuente de información | : | PR Comparable Sales Data System |
| Localización | : | Carretera Estatal #447, km 2.8<br>Barrio Robles, San Sebastián, Puerto Rico |
| Topografía | : | Ondulante |
| Configuración | : | Irregular |
| Frente | : | 130 metros lineales |
| Acceso | : | Carretera Estatal #447 |
| Vecindario | : | Rural, compuesta por fincas de cabidas mayores y algunas unidades familiares de recursos económicos mixtos. |
| Facilidades | : | Acueductos, energía eléctrica, líneas telefónicas, transportación pública, correo, recogido de la basura. |
| Zonificación | : | Rural, no zonificado |
| Uso actual | : | Residencial |
| Mejor uso | : | Residencial, considerando su uso actual, localización, vecindario y facilidades. |
| Mejoras | : | Estructura residencial de dos plantas construida de hormigón armado y bloques de hormigón. Consta de 6 dormitorios, 3 baño, 2 salas, 2 comedores, 2 cocinas, 2 balcones y marquesina de 206 pies cuadrados. Otras mejoras: cuarto de desahogo, rejas, áreas pavimentadas, pozo séptico. Construida en el 1995. |

**Venta #4**

| | | |
|---|---|---|
| Fecha | : | 13 de enero del 2018 |
| Cabida | : | 6,002.00 metros cuadrados = 1/5271 cuerdas |
| Area de vivienda | : | 1,675 pies cuadrados |
| Precio | : | $130,000.00 |
| Terrenos | : | $    2,000.00 |
| Mejoras | : | $128,000.00 |
| Unitario | : | $0.33 por metro cuadrado = $1,279.03 por cuerda |
| Fuente de información | : | PR Comparable Sales Data System |
| Localización | : | Carretera Estatal #119, km 10.7<br>Barrio Piedra Gorda, Camuy, Puerto Rico |
| Topografía | : | Llana y ondulante |
| Configuración | : | Irregular |
| Frente | : | 125 metros lineales |
| Acceso | : | Carretera  Estatal #119 |
| Vecindario | : | Rural, compuesta por fincas de cabidas mayores y algunas unidades familiares de recursos económicos mixtos. |
| Facilidades | : | Acueductos, energía eléctrica, líneas telefónicas, transportación pública, correo, recogido de la basura. |
| Zonificación | : | Rural, no zonificado |
| Uso actual | : | Residencial |
| Mejor uso | : | Residencial, considerando su uso actual, localización, vecindario y facilidades. |
| Mejoras | : | Estructura residencial de una planta construida de hormigón arma-do y bloques de hormigón. Consta de 3 dormitorios, 2 baños, sala-comedor, cocina, balcón y marquesina de 593 pies cuadrados. Otras mejoras: terraza de madera, verjas, rejas, lavandería, pozo séptico. Construida en el 1980. |

**Venta #5**

| | | |
|---|---|---|
| Fecha | : | 13 de diciembre del 2017 |
| Cabida | : | 5,544.00 metros cuadrados 1.4105 cuerdas |
| Area de vivienda | : | 2,123 pies cuadrados |
| Precio | : | $160,000.00 |
| Terrenos | : | $   1,000,00 |
| Mejoras | : | $159,000.00 |
| Unitario | : | $0.18 por metro cuadrado = $708.94 por cuerda |
| Fuente de información | : | PR Comparable Sales Data System |
| Localización | : | Carretera Estatal #683, km 1.3<br>Barrio Factor, Arecibo, Puerto Rico |
| Topografía | : | Llana |
| Configuración | : | Irregular |
| Frente | : | 120 metros lineales |
| Acceso | : | Carretera  Estatal #683 |
| Vecindario | : | Rural, compuesta por fincas de cabidas mayores y algunas unidades familiares de recursos económicos mixtos. |
| Facilidades | : | Acueductos, energía eléctrica, líneas telefónicas, transportación pública, correo, recogido de la basura. |
| Zonificación | : | Rural, no zonificado |
| Uso actual | : | Residencial |
| Mejor uso | : | Residencial, considerando su uso actual, localización, vecindario y facilidades. |
| Mejoras | : | Estructura residencial de una planta construida de hormigón armado y bloques de hormigón. Consta de 3 dormitorios, 3.5 baños, sala- comedor, cocina, balcón y marquesina de 461 pies cuadrados Otras mejoras: áreas pavimentadas, verjas, rejas, pozo séptico. Construida en el 1985. |

## ANALISIS DEL MERCADO

**Financiamiento** - Se considera típicos del mercado, por lo que no requieren ajustes.

**Localización** - Se considera al sujeto similar a las ventas ya que ubican en zonas rural de los municipios cercanos Arecibo, Camuy, San Sebastián, Las Marías y Lares.

**Vecindario** - Se considera al sujeto similar a las ventas ya que ya que su composición socioeconómica es de ingresos parecidos.

**Facilidades** - Se considera al sujeto similar a las ventas ya que disfrutan de las mismas.

**Topografía** - Se considera al sujeto similar a las ventas ya que todas son llanas.

**Configuración** - Se considera al sujeto similar a las ventas ya que todas son rectangulares.

**Frentes** - Se considera al sujeto similar a las ventas ya que son adecuados.

**Accesos** - Se considera al sujeto similar a las ventas ya que son igualmente adecuados.

**Mejor uso** - Se considera al sujeto similar a las ventas ya que todas son residenciales.

**Cabida** - Partiendo de la premisa de que a mayor cabida, menor el valor unitario, se considera al sujeto similar a las ventas ya que sus diferencias no son significativas.

**Drenaje** - Se considera al sujeto similar a las ventas ya que ninguna es inundable.

**Tiempo** - Tomando en cuenta que el periodo de mercadeo excede dos años, no se consideran aumentos para este mercado.

**Gravámenes** - No se consideran gravámenes al sujeto ni a las ventas,

## RECONCILIACION Y CONCLUSION DE VALOR

En la valoración de la propiedad objeto de este estudio, se analizaron todos los factores que pueden afectar el valor en el mercado de los bienes inmuebles. Se valoró el terreno a base de ventas comparables en uso, localización, dando énfasis en el tamaño, uso y vecindario del sujeto. Se consideraron los usuales factores, tal como se describen en el tópico anterior, **ANALISIS DEL MERCADO** y enfoque de costo para valorar las mejoras. No se utilizó el enfoque de ingresos ya que la propiedad no los produce. Después de dicho análisis, el que suscribe es de opinión que el precio más probable a la fecha de efectividad de este informe a que se puede vender es a razón de $1,000.00 por cuerda.

## AJUSTES

| Factores | Sujeto | Venta #1 | Venta #2 | Venta #3 | Venta #4 | Venta #5 |
|---|---|---|---|---|---|---|
| Proximidad | | 20 millas | 21 millas | 17 millas | 11 millas | 15 millas |
| Precio | | $1,000 | $2,000 | $1,000 | $2,000 | $1,000 |
| Unitario | | $841.08 | $554.07 | $398.13 | $1,279.03 | $708.94 |
| Concesiones | | 0 | 0 | 0 | 0 | 0 |
| Fecha | 07/28/18 | 0 | 0 | 0 | 0 | 0 |
| Localización | Suburbano | 0 | 0 | 0 | 0 | 0 |
| Vecindario | Residencial | 0 | 0 | 0 | 0 | 0 |
| Cabida | 138.85 mc | 0 | 0 | 0 | 0 | 0 |
| Topografía | Llana | 0 | 0 | 0 | 0 | 0 |
| Configuración | Rectangular | 0 | 0 | 0 | 0 | 0 |
| Frente | Adecuado | 0 | 0 | 0 | 0 | 0 |
| Acceso | Adecuado | 0 | 0 | 0 | 0 | 0 |
| Facilidades | Las básicas | 0 | 0 | 0 | 0 | 0 |
| Zonificación | Residencial | 0 | 0 | 0 | 0 | 0 |
| *Mejor uso | Residencial | 0 | 0 | 0 | 0 | 0 |
| Drenajes | Adecuado | 0 | 0 | 0 | 0 | 0 |
| Gravámenes | Ninguno | 0 | 0 | 0 | 0 | 0 |
| Total ajustes netos | | 0 | 0 | 0 | 0 | 0 |
| Valor unitario ajustado | | $841.08 | $554.07 | $398.13 | $1,279.03 | $708.94 |
| Valor indicado mediante enfoque de ventas comparables | | | | | | $1,000.00 |

## VALORACION

**Terrenos – Propiedad #1**

13.53 cuerdas        @        $1,000.00                =                $13,530.00

**Mejoras** - Area de construcción

480 pies cuadrados @ $60.00 - 35% dep.        =        $18,720.00

Ranchón, pozo séptico

Valor nominal                                        $ 2,000.00

**Valor total de las mejoras**                                $20,720.00

**Propiedad #2**

12.00 cuerdas        @        $1,000.00        =                $12,000.00

**Valor total de las propiedades**                        $46,750.00

**Redondeado a**                                        $46,300.00

Rafael Arcaya Cruzado
Valuador Profesional Autorizado
Certificación General #130
Licencia E.D.A 255

Yo, Rafael Arcaya Cruzado, por la presente certifico que:

1. he inspeccionado personalmente el inmueble localizado en la Carretera Estatal #453, kilómetro 15.3, interior, Barrio Guajataca del municipio de Quebradillas, del municipio de Mayagüez, Puerto Rico. La inspección se realizó tanto exterior como interiormente. Solo se consideraron las condiciones adversas que pueden ser observadas a simple vista, ya que no se realizaron estudios estructurales, ni de plomería, ni de electricidad ya que todos estos estudios están fuera de la capacidad de peritaje del que suscribe.

2. la anteriormente descrita propiedad es el objetivo de este informe

3. se examinaron los planos de inundabilidad provisto por la Agencia Federal de Administración de Emergencia. Sin embargo, el tasador no puede garantizar que dichos planos determinen correctamente dicha condición ya que el que suscribe no es agrimensor.

4. a mi mejor saber y entender, las conclusiones y opiniones expresadas en este informe son correctas, verdaderas y conforme a los estándares uniformes de la práctica de la profesión de tasación;

5. no tengo interés presente ni futuro en dicho inmueble;

6. no he recibido ayuda significativa que pueda afectar las conclusiones y opiniones, por parte de entidad privada en la preparación de este informe.

7. los análisis, opiniones y conclusiones expresadas están limitadas por las presunciones limitantes y contingentes presentadas en las primeras páginas de este informe.

8. se consideraron ventas comparables dentro de la vecindad inmediata de la propiedad Se tomó en consideración solo las partidas informadas dentro del documento que sirvió de fuente de información. Se adjudicaron ajustes solamente cuando podían ser evidenciados. Los costos de construcción están basados en guías gubernamentales oficiales, o en estudios preparados para fines de valoración solamente.

9. no se consideró el sexo, raza, religión, relación familiar, condición de limitación física o lugar de origen de ninguna de las partes con interés en la propiedad

10. la compensación por los servicios profesionales prestados en la preparación de este informe no son contingentes con la valoración estimada; ni con un valor predeterminado; con ninguna valoración con el propósito de favorecer al cliente ni a ninguna otra parte en específico; ni con la obtención de algún resultado predeterminado, ni con el ocurrir del algún evento subsiguiente.

11. en la valoración se considera un tiempo razonable de exposición al mercado consistente con el tiempo de mercadeo señalado en la conclusión de valor.

12. se estimó el valor de la propiedad de acuerdo con el ámbito presentado en la página 5.

13. se estimó el valor de la propiedad a base de ventas comparables que se consideran típicas del mercado. No se utilizaron los enfoques de costo ni de ingresos a menos que lo contrario se haya especificado.

14. se investigaron, verificaron y analizaron las ventas comparables presentadas en este informe.

15. se seleccionaron las ventas más comparables a la propiedad objeto de este estudio y que son las más similares en cuanto a localización, apariencia física y funcional al sujeto,

16. los ajustes realizados reflejan la reacción del mercado a las diferencias entre el sujeto y las comparables

17. las fuentes de información utilizadas en este informe carecen de interés sobre el sujeto y las comparables

18. poseo décadas de experiencia en la valoración de este tipo de inmueble

19. conozco y tengo acceso a las fuentes de informaciones utilizadas en la preparación de este informe.

20. las fuentes de información, opiniones y estimados obtenidos para la preparación de este informe son confiables y tengo el convencimiento de que son verdaderas y correctas

21. se han considerado factores que tienen impacto en el valor del vecindario, el sujeto, su proximidad a condiciones adversas en el desarrollo de mi opinión sobre el valor del mercado. De haber sido encontradas las he señalado tales como pero no limitado a: desperdicios dañinos, sustancias tóxicas, condiciones ambientales adversas y he señalado su efecto en el valor y la mercadeabilidad de la propiedad objeto de valoración

22. no se ha ocultado información que pueda afectar el valor de las propiedades ni mi opinión al respecto

23. las opiniones vertidas en este informe son las mía personales, no prejuiciadas, profesionales y son a mi mejor entender verdaderas y correctas. No utilizó ayudantes ni aprendices y de ser necesario, he identificado cualquier fuente de información y ayuda recibida que esté fuera de mi alcance, conocimiento y experiencia

Certifico hoy 4 de diciembre del 2018, en Mayagüez, Puerto Rico.

Rafael Arcaya Cruzado
Valuador Profesional Autorizado
Certificación General #130
Licencia E.P.A. 255

| | | |
|---|---|---|
| Name | : | Rafael Arcaya Cruzado |
| Firm's Address | : | State Road #3351, km. 3.0, interior<br>Río Cañas Abajo Ward, Los Cruzado Sector<br>Mayagüez, Puerto Rico |
| Postal Address | : | HC-05 Box 50859<br>Mayagüez, Puerto Rico 00680 |
| Telephones | : | (787) 265-5150 (Office)<br>(787) 438-3415 (Cellular) |
| Profession | : | Authorized Real Estate Appraiser<br>State License E.P.A. 255<br>General Certification #130 |
| Birth Place | : | Mayagüez, Puerto Rico |
| Languages | : | Fluent oral and written English and Spanish languages |

## ACADEMIC PREPARATION

College Education

| | | |
|---|---|---|
| 1968 | : | BBA, Commercial Administration<br>Administration Major<br>Accounting Minor |
| 1971 | : | Real Estate Appraiser Principles<br>University of Puerto Rico<br>Río Piedras, Puerto Rico |
| 1972 | : | Mathematics for Appraisers<br>University of Puerto Rico<br>Río Piedras, Puerto Rico |
| 1974 | : | Real Estate Appraisal<br>University of Puerto Rico<br>Río Piedras, Puerto Rico |
| 1975 | : | Appraisal Through Market Approach<br>University of Puerto Rico<br>Río Piedras, Puerto Rico |
| 1977 | : | Appraisal Through Income Approach<br>Puerto Rico's Appraiser's Institute |
| 1980 | : | Leaseholds and Leased Fees Appraisal<br>Society of Real Estate Appraisals |
| 1982 | : | Appraisal Under Eminent Domain<br>Federal Highway Administration |
| 1985 | : | Appraisal Review on Federal Aid<br>Federal Highway Administration |
| 1986 | : | Microcomputer Principles<br>Highway Authority |
| 1986 | : | Real Estate Appraisal 101<br>Society of Real Estates Appraisals |
| 1987 | : | Symphony (Microcomputers)<br>Highway Authority |
| 1990 | : | Residential Appraisals<br>Society of Real Estates Appraisals |
| 1991 | : | Appraisal's Standards and Ethics<br>Puerto Rico's Appraiser's Institute |
| 1991 | : | Federal Certification Test Approved |
| 1991 | : | Supreme Court's Decisions on Real Estate Valuations<br>Puerto Rico's Appraiser's Institute |
| 1991 | : | TI-FIA Financial Calculator Applications for Real Estate Valuation<br>Puerto Rico's Appraiser's Institute |
| 1991 | : | Appraiser's Functions on Real Estate<br>Valuation and Investment<br>Puerto Rico's Appraiser's Institute |
| 1993 | : | The Appraisal of Agricultural Properties<br>Puerto Rico's Appraiser's Institute |
| 1993 | : | Tax Code Maps Utilization<br>Puerto Rico's Appraiser's Institute |

| 1993 | : | The New URAR Form |
| | | Puerto Rico's Appraiser's Institute |
| 1993 | : | The Property Registry |
| | | Puerto Rico's Appraiser's Institute |
| 1994 | : | Flood Insurance Application and the Flood Maps |
| | | Puerto Rico's Appraiser's Institute |
| 1994 | : | The Litigation Appraiser |
| | | Puerto Rico's Appraiser's Institute |
| 1994 | : | Special Properties Valuation Techniques and Concepts |
| | | Puerto Rico's Appraiser's Institute |
| 1994 | : | Capitalization Principles |
| | | Puerto Rico's Appraiser's Institute |
| 1995 | : | Eminent Domain |
| | | Puerto Rico's Appraiser's Institute |
| 1996 | : | Marshal And Swift - Residential Cost Approach |
| | | Real Estate Appraisers Society |
| 1996 | : | Appraisal Methodology and Standards |
| | | Puerto Rico's Appraiser's Institute |
| 1999 | : | Appraisal Methodology and Standards (Revised) |
| | | University of Puerto Rico |
| 2000 | : | Commercial Properties Appraisal |
| | | Puerto Rico's Appraiser's Institute |
| 2001 | : | Real Rights Appraisal |
| | | Puerto Rico's Appraiser's Institute |
| 2003 | : | Highest and Best Use Analysis |
| | | Puerto Rico's Appraiser's Institute |
| 2003 | : | National Uniform Standards of Professional Appraisal Practice |
| | | Puerto Rico's Appraiser's Institute |
| 2004 | : | Marshall and Swift Cost Guide for Appraisals |
| | | Puerto Rico's Appraiser's Institute |
| 2006 | : | Residential Appraisal Course |
| | | University of Puerto Rico |
| 2007 | : | Law and Regulation Course for Professional Appraisers |
| | | University of Puerto Rico |
| 2008 | : | Basic Appraisal Procedures |
| | | University of Puerto Rico |
| 2009 | : | Laws and Rulings |
| | | University of Puerto Rico |
| 2011 | : | Market Analysis & Highest and Best Use |
| | | University of Puerto Rico |
| 2012 | : | Statistics, modeling and finance |
| | | University of Puerto Rico |
| 2013 | : | Residential report writing and case studies |
| | | University of Puerto Rico |
| 2014 | : | Supervising the Trainee Appraiser |
| | | University of Puerto Rico |
| 2016 | : | Uniform Standards of Professional Appraisal Practice |
| | | University of Puerto Rico |

**GRADES**

BUSINESS ADMINISTRATION BACHELOR (BBA)

UNIVERSITY OF PUERTO RICO

PROFESSIONAL AUTHORIZED REAL ESTATE APPRAISER

LICENSE E.P.A. 255

GENERAL CERTIFICATION #130

**EXPERIENCE**

From August 1st. 1989

    Independent Professional Authorized Real Estate Appraiser
        HC05 Box 50859
        Mayagüez, Puerto Rico 00681-9640

    From October, 1985 to September, 1989
        Highway Authority - Minillas Government Center
        Position: Review Appraiser

    From July, 1972 to October, 1985
        Transportation and Public Works Department
        - Minillas Government Center
        Position: Appraiser and Review Appraiser

    From August, 1969 to July, 1972
        Treasury Department - San Juan Internal Revenue Office
        Position Held: Auxiliary Attorney

    General Data
        Puerto Rico Appraiser Institute Member
        National Association of Real Estate Appraisers Member

    Clients Evaluation
        Jose González Ortiz Law Office
        Luis Roberto Santos Law Office
        Eugenio Cabanillas Galiano Law Office
        Osvaldo Ortiz Medina Law Office
        Fernando Sepúlveda Law Office
        Goldman & Antonetti Law Office
        USDA - Mayagüez Regional Office
        Banco Popular de Puerto Rico
        Westernbank, Mayagüez
        Citibank, Mayagüez Mall
        Banco Bilbao Vizcaya
        Aguadilla Municipal Government
        Sabana Grande Municipal Government
        San Germán Municipal Government
        Cabo Rojo Municipal Government
        Mayagüez Municipal Government
        San Juan Superior Court, Eminent Domain
        United States Bankruptcy Court, Puerto Rico District
        Mayagüez Superior Court
        Cooperativa de Ahorro y Crédito de Lajas
        Cooperativa de Ahorro y Crédito de Rincón
        Cooperativa de Ahorro y Crédito de San Germán
        Cooperativa de Ahorro y Crédito de Mayagüez

Types of Appraisals Performed
        Single and Multifamily Residential
        Dwelling and Developments
        Commercial, Institutional and Industrial Properties
        Rural and urban lots
        Condominiums; Apartments
        Shopping Centers
        Fast Food Restaurants
        Gas Service Station
        Sea frontage properties
        Agricultural and forest farms
        Industrial











