# EXHIBIT 3
## AMORTIZATION SCHEDULE FOR BPPR CLASS 3

| Compounding Period: | Monthly |
|---|---|
| Nominal Annual Rate: | 5.750% |

**Cash Flow Data - Loans and Payments**

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 06/26/2019 | 225,125.00 | 1 | | |
| 2 | Payment | 07/26/2019 | 1,500.00 | 60 | Monthly | 06/26/2024 |
| 3 | Rate Change | 06/26/2024 | Rate: 6.750 % Compounding: Monthly | | | |
| 4 | Payment | 07/26/2024 | 3,000.00 | 81 | Monthly | 03/26/2031 |
| 5 | Payment | 03/26/2031 | 1,858.88 | 1 | | |

**TValue Amortization Schedule - Normal, 365 Day Year**

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 06/26/2019 | | | | 225,125.00 |
| 1 | 07/26/2019 | 1,500.00 | 1,078.72 | 421.28 | 224,703.72 |
| 2 | 08/26/2019 | 1,500.00 | 1,076.71 | 423.29 | 224,280.43 |
| 3 | 09/26/2019 | 1,500.00 | 1,074.68 | 425.32 | 223,855.11 |
| 4 | 10/26/2019 | 1,500.00 | 1,072.64 | 427.36 | 223,427.75 |
| 5 | 11/26/2019 | 1,500.00 | 1,070.59 | 429.41 | 222,998.34 |
| 6 | 12/26/2019 | 1,500.00 | 1,068.53 | 431.47 | 222,566.87 |
| **2019 Totals** | | **9,000.00** | **6,441.87** | **2,558.13** | |
| 7 | 01/26/2020 | 1,500.00 | 1,066.47 | 433.53 | 222,133.34 |
| 8 | 02/26/2020 | 1,500.00 | 1,064.39 | 435.61 | 221,697.73 |
| 9 | 03/26/2020 | 1,500.00 | 1,062.30 | 437.70 | 221,260.03 |
| 10 | 04/26/2020 | 1,500.00 | 1,060.20 | 439.80 | 220,820.23 |
| 11 | 05/26/2020 | 1,500.00 | 1,058.10 | 441.90 | 220,378.33 |
| 12 | 06/26/2020 | 1,500.00 | 1,055.98 | 444.02 | 219,934.31 |
| 13 | 07/26/2020 | 1,500.00 | 1,053.85 | 446.15 | 219,488.16 |
| 14 | 08/26/2020 | 1,500.00 | 1,051.71 | 448.29 | 219,039.87 |
| 15 | 09/26/2020 | 1,500.00 | 1,049.57 | 450.43 | 218,589.44 |
| 16 | 10/26/2020 | 1,500.00 | 1,047.41 | 452.59 | 218,136.85 |
| 17 | 11/26/2020 | 1,500.00 | 1,045.24 | 454.76 | 217,682.09 |
| 18 | 12/26/2020 | 1,500.00 | 1,043.06 | 456.94 | 217,225.15 |
| **2020 Totals** | | **18,000.00** | **12,658.28** | **5,341.72** | |
| 19 | 01/26/2021 | 1,500.00 | 1,040.87 | 459.13 | 216,766.02 |
| 20 | 02/26/2021 | 1,500.00 | 1,038.67 | 461.33 | 216,304.69 |
| 21 | 03/26/2021 | 1,500.00 | 1,036.46 | 463.54 | 215,841.15 |

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 22 | 04/26/2021 | 1,500.00 | 1,034.24 | 465.76 | 215,375.39 |
| 23 | 05/26/2021 | 1,500.00 | 1,032.01 | 467.99 | 214,907.40 |
| 24 | 06/26/2021 | 1,500.00 | 1,029.76 | 470.24 | 214,437.16 |
| 25 | 07/26/2021 | 1,500.00 | 1,027.51 | 472.49 | 213,964.67 |
| 26 | 08/26/2021 | 1,500.00 | 1,025.25 | 474.75 | 213,489.92 |
| 27 | 09/26/2021 | 1,500.00 | 1,022.97 | 477.03 | 213,012.89 |
| 28 | 10/26/2021 | 1,500.00 | 1,020.69 | 479.31 | 212,533.58 |
| 29 | 11/26/2021 | 1,500.00 | 1,018.39 | 481.61 | 212,051.97 |
| 30 | 12/26/2021 | 1,500.00 | 1,016.08 | 483.92 | 211,568.05 |
| **2021 Totals** | | **18,000.00** | **12,342.90** | **5,657.10** | |
| 31 | 01/26/2022 | 1,500.00 | 1,013.76 | 486.24 | 211,081.81 |
| 32 | 02/26/2022 | 1,500.00 | 1,011.43 | 488.57 | 210,593.24 |
| 33 | 03/26/2022 | 1,500.00 | 1,009.09 | 490.91 | 210,102.33 |
| 34 | 04/26/2022 | 1,500.00 | 1,006.74 | 493.26 | 209,609.07 |
| 35 | 05/26/2022 | 1,500.00 | 1,004.38 | 495.62 | 209,113.45 |
| 36 | 06/26/2022 | 1,500.00 | 1,002.00 | 498.00 | 208,615.45 |
| 37 | 07/26/2022 | 1,500.00 | 999.62 | 500.38 | 208,115.07 |
| 38 | 08/26/2022 | 1,500.00 | 997.22 | 502.78 | 207,612.29 |
| 39 | 09/26/2022 | 1,500.00 | 994.81 | 505.19 | 207,107.10 |
| 40 | 10/26/2022 | 1,500.00 | 992.39 | 507.61 | 206,599.49 |
| 41 | 11/26/2022 | 1,500.00 | 989.96 | 510.04 | 206,089.45 |
| 42 | 12/26/2022 | 1,500.00 | 987.51 | 512.49 | 205,576.96 |
| **2022 Totals** | | **18,000.00** | **12,008.91** | **5,991.09** | |
| 43 | 01/26/2023 | 1,500.00 | 985.06 | 514.94 | 205,062.02 |
| 44 | 02/26/2023 | 1,500.00 | 982.59 | 517.41 | 204,544.61 |
| 45 | 03/26/2023 | 1,500.00 | 980.11 | 519.89 | 204,024.72 |
| 46 | 04/26/2023 | 1,500.00 | 977.62 | 522.38 | 203,502.34 |
| 47 | 05/26/2023 | 1,500.00 | 975.12 | 524.88 | 202,977.46 |
| 48 | 06/26/2023 | 1,500.00 | 972.60 | 527.40 | 202,450.06 |
| 49 | 07/26/2023 | 1,500.00 | 970.07 | 529.93 | 201,920.13 |
| 50 | 08/26/2023 | 1,500.00 | 967.53 | 532.47 | 201,387.66 |
| 51 | 09/26/2023 | 1,500.00 | 964.98 | 535.02 | 200,852.64 |
| 52 | 10/26/2023 | 1,500.00 | 962.42 | 537.58 | 200,315.06 |
| 53 | 11/26/2023 | 1,500.00 | 959.84 | 540.16 | 199,774.90 |
| 54 | 12/26/2023 | 1,500.00 | 957.25 | 542.75 | 199,232.15 |
| **2023 Totals** | | **18,000.00** | **11,655.19** | **6,344.81** | |
| 55 | 01/26/2024 | 1,500.00 | 954.65 | 545.35 | 198,686.80 |
| 56 | 02/26/2024 | 1,500.00 | 952.04 | 547.96 | 198,138.84 |
| 57 | 03/26/2024 | 1,500.00 | 949.42 | 550.58 | 197,588.26 |
| 58 | 04/26/2024 | 1,500.00 | 946.78 | 553.22 | 197,035.04 |
| 59 | 05/26/2024 | 1,500.00 | 944.13 | 555.87 | 196,479.17 |
| 60 | 06/26/2024 | 1,500.00 | 941.46 | 558.54 | 195,920.63 |
| Rate Change | 06/26/2024 | | 0.00 | 0.00 | 195,920.63 |

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
|  | Rate: 6.750 % Compounding: Monthly | | | | |
| 61 | 07/26/2024 | 3,000.00 | 1,102.05 | 1,897.95 | 194,022.68 |
| 62 | 08/26/2024 | 3,000.00 | 1,091.38 | 1,908.62 | 192,114.06 |
| 63 | 09/26/2024 | 3,000.00 | 1,080.64 | 1,919.36 | 190,194.70 |
| 64 | 10/26/2024 | 3,000.00 | 1,069.85 | 1,930.15 | 188,264.55 |
| 65 | 11/26/2024 | 3,000.00 | 1,058.99 | 1,941.01 | 186,323.54 |
| 66 | 12/26/2024 | 3,000.00 | 1,048.07 | 1,951.93 | 184,371.61 |
| **2024 Totals** | | **27,000.00** | **12,139.46** | **14,860.54** | |
| 67 | 01/26/2025 | 3,000.00 | 1,037.09 | 1,962.91 | 182,408.70 |
| 68 | 02/26/2025 | 3,000.00 | 1,026.05 | 1,973.95 | 180,434.75 |
| 69 | 03/26/2025 | 3,000.00 | 1,014.95 | 1,985.05 | 178,449.70 |
| 70 | 04/26/2025 | 3,000.00 | 1,003.78 | 1,996.22 | 176,453.48 |
| 71 | 05/26/2025 | 3,000.00 | 992.55 | 2,007.45 | 174,446.03 |
| 72 | 06/26/2025 | 3,000.00 | 981.26 | 2,018.74 | 172,427.29 |
| 73 | 07/26/2025 | 3,000.00 | 969.90 | 2,030.10 | 170,397.19 |
| 74 | 08/26/2025 | 3,000.00 | 958.48 | 2,041.52 | 168,355.67 |
| 75 | 09/26/2025 | 3,000.00 | 947.00 | 2,053.00 | 166,302.67 |
| 76 | 10/26/2025 | 3,000.00 | 935.45 | 2,064.55 | 164,238.12 |
| 77 | 11/26/2025 | 3,000.00 | 923.84 | 2,076.16 | 162,161.96 |
| 78 | 12/26/2025 | 3,000.00 | 912.16 | 2,087.84 | 160,074.12 |
| **2025 Totals** | | **36,000.00** | **11,702.51** | **24,297.49** | |
| 79 | 01/26/2026 | 3,000.00 | 900.42 | 2,099.58 | 157,974.54 |
| 80 | 02/26/2026 | 3,000.00 | 888.61 | 2,111.39 | 155,863.15 |
| 81 | 03/26/2026 | 3,000.00 | 876.73 | 2,123.27 | 153,739.88 |
| 82 | 04/26/2026 | 3,000.00 | 864.79 | 2,135.21 | 151,604.67 |
| 83 | 05/26/2026 | 3,000.00 | 852.78 | 2,147.22 | 149,457.45 |
| 84 | 06/26/2026 | 3,000.00 | 840.70 | 2,159.30 | 147,298.15 |
| 85 | 07/26/2026 | 3,000.00 | 828.55 | 2,171.45 | 145,126.70 |
| 86 | 08/26/2026 | 3,000.00 | 816.34 | 2,183.66 | 142,943.04 |
| 87 | 09/26/2026 | 3,000.00 | 804.05 | 2,195.95 | 140,747.09 |
| 88 | 10/26/2026 | 3,000.00 | 791.70 | 2,208.30 | 138,538.79 |
| 89 | 11/26/2026 | 3,000.00 | 779.28 | 2,220.72 | 136,318.07 |
| 90 | 12/26/2026 | 3,000.00 | 766.79 | 2,233.21 | 134,084.86 |
| **2026 Totals** | | **36,000.00** | **10,010.74** | **25,989.26** | |
| 91 | 01/26/2027 | 3,000.00 | 754.23 | 2,245.77 | 131,839.09 |
| 92 | 02/26/2027 | 3,000.00 | 741.59 | 2,258.41 | 129,580.68 |
| 93 | 03/26/2027 | 3,000.00 | 728.89 | 2,271.11 | 127,309.57 |
| 94 | 04/26/2027 | 3,000.00 | 716.12 | 2,283.88 | 125,025.69 |
| 95 | 05/26/2027 | 3,000.00 | 703.27 | 2,296.73 | 122,728.96 |
| 96 | 06/26/2027 | 3,000.00 | 690.35 | 2,309.65 | 120,419.31 |
| 97 | 07/26/2027 | 3,000.00 | 677.36 | 2,322.64 | 118,096.67 |
| 98 | 08/26/2027 | 3,000.00 | 664.29 | 2,335.71 | 115,760.96 |
| 99 | 09/26/2027 | 3,000.00 | 651.16 | 2,348.84 | 113,412.12 |

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 100 | 10/26/2027 | 3,000.00 | 637.94 | 2,362.06 | 111,050.06 |
| 101 | 11/26/2027 | 3,000.00 | 624.66 | 2,375.34 | 108,674.72 |
| 102 | 12/26/2027 | 3,000.00 | 611.30 | 2,388.70 | 106,286.02 |
| **2027 Totals** | | **36,000.00** | **8,201.16** | **27,798.84** | |
| 103 | 01/26/2028 | 3,000.00 | 597.86 | 2,402.14 | 103,883.88 |
| 104 | 02/26/2028 | 3,000.00 | 584.35 | 2,415.65 | 101,468.23 |
| 105 | 03/26/2028 | 3,000.00 | 570.76 | 2,429.24 | 99,038.99 |
| 106 | 04/26/2028 | 3,000.00 | 557.09 | 2,442.91 | 96,596.08 |
| 107 | 05/26/2028 | 3,000.00 | 543.35 | 2,456.65 | 94,139.43 |
| 108 | 06/26/2028 | 3,000.00 | 529.53 | 2,470.47 | 91,668.96 |
| 109 | 07/26/2028 | 3,000.00 | 515.64 | 2,484.36 | 89,184.60 |
| 110 | 08/26/2028 | 3,000.00 | 501.66 | 2,498.34 | 86,686.26 |
| 111 | 09/26/2028 | 3,000.00 | 487.61 | 2,512.39 | 84,173.87 |
| 112 | 10/26/2028 | 3,000.00 | 473.48 | 2,526.52 | 81,647.35 |
| 113 | 11/26/2028 | 3,000.00 | 459.27 | 2,540.73 | 79,106.62 |
| 114 | 12/26/2028 | 3,000.00 | 444.97 | 2,555.03 | 76,551.59 |
| **2028 Totals** | | **36,000.00** | **6,265.57** | **29,734.43** | |
| 115 | 01/26/2029 | 3,000.00 | 430.60 | 2,569.40 | 73,982.19 |
| 116 | 02/26/2029 | 3,000.00 | 416.15 | 2,583.85 | 71,398.34 |
| 117 | 03/26/2029 | 3,000.00 | 401.62 | 2,598.38 | 68,799.96 |
| 118 | 04/26/2029 | 3,000.00 | 387.00 | 2,613.00 | 66,186.96 |
| 119 | 05/26/2029 | 3,000.00 | 372.30 | 2,627.70 | 63,559.26 |
| 120 | 06/26/2029 | 3,000.00 | 357.52 | 2,642.48 | 60,916.78 |
| 121 | 07/26/2029 | 3,000.00 | 342.66 | 2,657.34 | 58,259.44 |
| 122 | 08/26/2029 | 3,000.00 | 327.71 | 2,672.29 | 55,587.15 |
| 123 | 09/26/2029 | 3,000.00 | 312.68 | 2,687.32 | 52,899.83 |
| 124 | 10/26/2029 | 3,000.00 | 297.56 | 2,702.44 | 50,197.39 |
| 125 | 11/26/2029 | 3,000.00 | 282.36 | 2,717.64 | 47,479.75 |
| 126 | 12/26/2029 | 3,000.00 | 267.07 | 2,732.93 | 44,746.82 |
| **2029 Totals** | | **36,000.00** | **4,195.23** | **31,804.77** | |
| 127 | 01/26/2030 | 3,000.00 | 251.70 | 2,748.30 | 41,998.52 |
| 128 | 02/26/2030 | 3,000.00 | 236.24 | 2,763.76 | 39,234.76 |
| 129 | 03/26/2030 | 3,000.00 | 220.70 | 2,779.30 | 36,455.46 |
| 130 | 04/26/2030 | 3,000.00 | 205.06 | 2,794.94 | 33,660.52 |
| 131 | 05/26/2030 | 3,000.00 | 189.34 | 2,810.66 | 30,849.86 |
| 132 | 06/26/2030 | 3,000.00 | 173.53 | 2,826.47 | 28,023.39 |
| 133 | 07/26/2030 | 3,000.00 | 157.63 | 2,842.37 | 25,181.02 |
| 134 | 08/26/2030 | 3,000.00 | 141.64 | 2,858.36 | 22,322.66 |
| 135 | 09/26/2030 | 3,000.00 | 125.56 | 2,874.44 | 19,448.22 |
| 136 | 10/26/2030 | 3,000.00 | 109.40 | 2,890.60 | 16,557.62 |
| 137 | 11/26/2030 | 3,000.00 | 93.14 | 2,906.86 | 13,650.76 |
| 138 | 12/26/2030 | 3,000.00 | 76.79 | 2,923.21 | 10,727.55 |

|   | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| **2030 Totals** |  | **36,000.00** | **1,980.73** | **34,019.27** |  |
| 139 | 01/26/2031 | 3,000.00 | 60.34 | 2,939.66 | 7,787.89 |
| 140 | 02/26/2031 | 3,000.00 | 43.81 | 2,956.19 | 4,831.70 |
| 141 | 03/26/2031 | 3,000.00 | 27.18 | 2,972.82 | 1,858.88 |
| 142 | 03/26/2031 | 1,858.88 | 0.00 | 1,858.88 | 0.00 |
| **2031 Totals** |  | **10,858.88** | **131.33** | **10,727.55** |  |
| **Grand Totals** |  | **334,858.88** | **109,733.88** | **225,125.00** |  |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| **6.087%** | **$109,733.88** | **$225,125.00** | **$334,858.88** |