# EXHIBIT 5
## AMORTIZATION SCHEDULE FOR FIDA CLASS 4

Compounding Period:     Monthly

Nominal Annual Rate:    5.750%

**Cash Flow Data - Loans and Payments**

|   | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 04/16/2019 | 38,400.00 | 1 | | |
| 2 | Payment | 05/16/2019 | 325.00 | 60 | Monthly | 04/16/2024 |
| 3 | Rate Change | 04/16/2024 | | Rate: 6.750 % Compounding: None | | |
| 4 | Payment | 05/16/2024 | 563.45 | 60 | Monthly | 04/16/2029 |

**TValue Amortization Schedule - Normal, 365 Day Year**

|   | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 04/16/2019 | | | | 38,400.00 |
| 1 | 05/16/2019 | 325.00 | 184.00 | 141.00 | 38,259.00 |
| 2 | 06/16/2019 | 325.00 | 183.32 | 141.68 | 38,117.32 |
| 3 | 07/16/2019 | 325.00 | 182.65 | 142.35 | 37,974.97 |
| 4 | 08/16/2019 | 325.00 | 181.96 | 143.04 | 37,831.93 |
| 5 | 09/16/2019 | 325.00 | 181.28 | 143.72 | 37,688.21 |
| 6 | 10/16/2019 | 325.00 | 180.59 | 144.41 | 37,543.80 |
| 7 | 11/16/2019 | 325.00 | 179.90 | 145.10 | 37,398.70 |
| 8 | 12/16/2019 | 325.00 | 179.20 | 145.80 | 37,252.90 |
| **2019 Totals** | | **2,600.00** | **1,452.90** | **1,147.10** | |
| 9 | 01/16/2020 | 325.00 | 178.50 | 146.50 | 37,106.40 |
| 10 | 02/16/2020 | 325.00 | 177.80 | 147.20 | 36,959.20 |
| 11 | 03/16/2020 | 325.00 | 177.10 | 147.90 | 36,811.30 |
| 12 | 04/16/2020 | 325.00 | 176.39 | 148.61 | 36,662.69 |
| 13 | 05/16/2020 | 325.00 | 175.68 | 149.32 | 36,513.37 |
| 14 | 06/16/2020 | 325.00 | 174.96 | 150.04 | 36,363.33 |
| 15 | 07/16/2020 | 325.00 | 174.24 | 150.76 | 36,212.57 |
| 16 | 08/16/2020 | 325.00 | 173.52 | 151.48 | 36,061.09 |
| 17 | 09/16/2020 | 325.00 | 172.79 | 152.21 | 35,908.88 |
| 18 | 10/16/2020 | 325.00 | 172.06 | 152.94 | 35,755.94 |
| 19 | 11/16/2020 | 325.00 | 171.33 | 153.67 | 35,602.27 |
| 20 | 12/16/2020 | 325.00 | 170.59 | 154.41 | 35,447.86 |
| **2020 Totals** | | **3,900.00** | **2,094.96** | **1,805.04** | |
| 21 | 01/16/2021 | 325.00 | 169.85 | 155.15 | 35,292.71 |
| 22 | 02/16/2021 | 325.00 | 169.11 | 155.89 | 35,136.82 |

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 23 | 03/16/2021 | 325.00 | 168.36 | 156.64 | 34,980.18 |
| 24 | 04/16/2021 | 325.00 | 167.61 | 157.39 | 34,822.79 |
| 25 | 05/16/2021 | 325.00 | 166.86 | 158.14 | 34,664.65 |
| 26 | 06/16/2021 | 325.00 | 166.10 | 158.90 | 34,505.75 |
| 27 | 07/16/2021 | 325.00 | 165.34 | 159.66 | 34,346.09 |
| 28 | 08/16/2021 | 325.00 | 164.58 | 160.42 | 34,185.67 |
| 29 | 09/16/2021 | 325.00 | 163.81 | 161.19 | 34,024.48 |
| 30 | 10/16/2021 | 325.00 | 163.03 | 161.97 | 33,862.51 |
| 31 | 11/16/2021 | 325.00 | 162.26 | 162.74 | 33,699.77 |
| 32 | 12/16/2021 | 325.00 | 161.48 | 163.52 | 33,536.25 |
| **2021 Totals** | | **3,900.00** | **1,988.39** | **1,911.61** | |
| 33 | 01/16/2022 | 325.00 | 160.69 | 164.31 | 33,371.94 |
| 34 | 02/16/2022 | 325.00 | 159.91 | 165.09 | 33,206.85 |
| 35 | 03/16/2022 | 325.00 | 159.12 | 165.88 | 33,040.97 |
| 36 | 04/16/2022 | 325.00 | 158.32 | 166.68 | 32,874.29 |
| 37 | 05/16/2022 | 325.00 | 157.52 | 167.48 | 32,706.81 |
| 38 | 06/16/2022 | 325.00 | 156.72 | 168.28 | 32,538.53 |
| 39 | 07/16/2022 | 325.00 | 155.91 | 169.09 | 32,369.44 |
| 40 | 08/16/2022 | 325.00 | 155.10 | 169.90 | 32,199.54 |
| 41 | 09/16/2022 | 325.00 | 154.29 | 170.71 | 32,028.83 |
| 42 | 10/16/2022 | 325.00 | 153.47 | 171.53 | 31,857.30 |
| 43 | 11/16/2022 | 325.00 | 152.65 | 172.35 | 31,684.95 |
| 44 | 12/16/2022 | 325.00 | 151.82 | 173.18 | 31,511.77 |
| **2022 Totals** | | **3,900.00** | **1,875.52** | **2,024.48** | |
| 45 | 01/16/2023 | 325.00 | 150.99 | 174.01 | 31,337.76 |
| 46 | 02/16/2023 | 325.00 | 150.16 | 174.84 | 31,162.92 |
| 47 | 03/16/2023 | 325.00 | 149.32 | 175.68 | 30,987.24 |
| 48 | 04/16/2023 | 325.00 | 148.48 | 176.52 | 30,810.72 |
| 49 | 05/16/2023 | 325.00 | 147.63 | 177.37 | 30,633.35 |
| 50 | 06/16/2023 | 325.00 | 146.78 | 178.22 | 30,455.13 |
| 51 | 07/16/2023 | 325.00 | 145.93 | 179.07 | 30,276.06 |
| 52 | 08/16/2023 | 325.00 | 145.07 | 179.93 | 30,096.13 |
| 53 | 09/16/2023 | 325.00 | 144.21 | 180.79 | 29,915.34 |
| 54 | 10/16/2023 | 325.00 | 143.34 | 181.66 | 29,733.68 |
| 55 | 11/16/2023 | 325.00 | 142.47 | 182.53 | 29,551.15 |
| 56 | 12/16/2023 | 325.00 | 141.60 | 183.40 | 29,367.75 |
| **2023 Totals** | | **3,900.00** | **1,755.98** | **2,144.02** | |
| 57 | 01/16/2024 | 325.00 | 140.72 | 184.28 | 29,183.47 |
| 58 | 02/16/2024 | 325.00 | 139.84 | 185.16 | 28,998.31 |
| 59 | 03/16/2024 | 325.00 | 138.95 | 186.05 | 28,812.26 |
| 60 | 04/16/2024 | 325.00 | 138.06 | 186.94 | 28,625.32 |
| Rate Change | 04/16/2024 | | | | |

Rate: 6.750 % Compounding: None

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 61 | 05/16/2024 | 563.45 | 161.02 | 402.43 | 28,222.89 |
| 62 | 06/16/2024 | 563.45 | 158.75 | 404.70 | 27,818.19 |
| 63 | 07/16/2024 | 563.45 | 156.48 | 406.97 | 27,411.22 |
| 64 | 08/16/2024 | 563.45 | 154.19 | 409.26 | 27,001.96 |
| 65 | 09/16/2024 | 563.45 | 151.89 | 411.56 | 26,590.40 |
| 66 | 10/16/2024 | 563.45 | 149.57 | 413.88 | 26,176.52 |
| 67 | 11/16/2024 | 563.45 | 147.24 | 416.21 | 25,760.31 |
| 68 | 12/16/2024 | 563.45 | 144.90 | 418.55 | 25,341.76 |
| **2024 Totals** |  | **5,807.60** | **1,781.61** | **4,025.99** |  |
| 69 | 01/16/2025 | 563.45 | 142.55 | 420.90 | 24,920.86 |
| 70 | 02/16/2025 | 563.45 | 140.18 | 423.27 | 24,497.59 |
| 71 | 03/16/2025 | 563.45 | 137.80 | 425.65 | 24,071.94 |
| 72 | 04/16/2025 | 563.45 | 135.40 | 428.05 | 23,643.89 |
| 73 | 05/16/2025 | 563.45 | 133.00 | 430.45 | 23,213.44 |
| 74 | 06/16/2025 | 563.45 | 130.58 | 432.87 | 22,780.57 |
| 75 | 07/16/2025 | 563.45 | 128.14 | 435.31 | 22,345.26 |
| 76 | 08/16/2025 | 563.45 | 125.69 | 437.76 | 21,907.50 |
| 77 | 09/16/2025 | 563.45 | 123.23 | 440.22 | 21,467.28 |
| 78 | 10/16/2025 | 563.45 | 120.75 | 442.70 | 21,024.58 |
| 79 | 11/16/2025 | 563.45 | 118.26 | 445.19 | 20,579.39 |
| 80 | 12/16/2025 | 563.45 | 115.76 | 447.69 | 20,131.70 |
| **2025 Totals** |  | **6,761.40** | **1,551.34** | **5,210.06** |  |
| 81 | 01/16/2026 | 563.45 | 113.24 | 450.21 | 19,681.49 |
| 82 | 02/16/2026 | 563.45 | 110.71 | 452.74 | 19,228.75 |
| 83 | 03/16/2026 | 563.45 | 108.16 | 455.29 | 18,773.46 |
| 84 | 04/16/2026 | 563.45 | 105.60 | 457.85 | 18,315.61 |
| 85 | 05/16/2026 | 563.45 | 103.03 | 460.42 | 17,855.19 |
| 86 | 06/16/2026 | 563.45 | 100.44 | 463.01 | 17,392.18 |
| 87 | 07/16/2026 | 563.45 | 97.83 | 465.62 | 16,926.56 |
| 88 | 08/16/2026 | 563.45 | 95.21 | 468.24 | 16,458.32 |
| 89 | 09/16/2026 | 563.45 | 92.58 | 470.87 | 15,987.45 |
| 90 | 10/16/2026 | 563.45 | 89.93 | 473.52 | 15,513.93 |
| 91 | 11/16/2026 | 563.45 | 87.27 | 476.18 | 15,037.75 |
| 92 | 12/16/2026 | 563.45 | 84.59 | 478.86 | 14,558.89 |
| **2026 Totals** |  | **6,761.40** | **1,188.59** | **5,572.81** |  |
| 93 | 01/16/2027 | 563.45 | 81.89 | 481.56 | 14,077.33 |
| 94 | 02/16/2027 | 563.45 | 79.18 | 484.27 | 13,593.06 |
| 95 | 03/16/2027 | 563.45 | 76.46 | 486.99 | 13,106.07 |
| 96 | 04/16/2027 | 563.45 | 73.72 | 489.73 | 12,616.34 |
| 97 | 05/16/2027 | 563.45 | 70.97 | 492.48 | 12,123.86 |
| 98 | 06/16/2027 | 563.45 | 68.20 | 495.25 | 11,628.61 |
| 99 | 07/16/2027 | 563.45 | 65.41 | 498.04 | 11,130.57 |
| 100 | 08/16/2027 | 563.45 | 62.61 | 500.84 | 10,629.73 |

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 101 | 09/16/2027 | 563.45 | 59.79 | 503.66 | 10,126.07 |
| 102 | 10/16/2027 | 563.45 | 56.96 | 506.49 | 9,619.58 |
| 103 | 11/16/2027 | 563.45 | 54.11 | 509.34 | 9,110.24 |
| 104 | 12/16/2027 | 563.45 | 51.25 | 512.20 | 8,598.04 |
| **2027 Totals** | | **6,761.40** | **800.55** | **5,960.85** | |
| 105 | 01/16/2028 | 563.45 | 48.36 | 515.09 | 8,082.95 |
| 106 | 02/16/2028 | 563.45 | 45.47 | 517.98 | 7,564.97 |
| 107 | 03/16/2028 | 563.45 | 42.55 | 520.90 | 7,044.07 |
| 108 | 04/16/2028 | 563.45 | 39.62 | 523.83 | 6,520.24 |
| 109 | 05/16/2028 | 563.45 | 36.68 | 526.77 | 5,993.47 |
| 110 | 06/16/2028 | 563.45 | 33.71 | 529.74 | 5,463.73 |
| 111 | 07/16/2028 | 563.45 | 30.73 | 532.72 | 4,931.01 |
| 112 | 08/16/2028 | 563.45 | 27.74 | 535.71 | 4,395.30 |
| 113 | 09/16/2028 | 563.45 | 24.72 | 538.73 | 3,856.57 |
| 114 | 10/16/2028 | 563.45 | 21.69 | 541.76 | 3,314.81 |
| 115 | 11/16/2028 | 563.45 | 18.65 | 544.80 | 2,770.01 |
| 116 | 12/16/2028 | 563.45 | 15.58 | 547.87 | 2,222.14 |
| **2028 Totals** | | **6,761.40** | **385.50** | **6,375.90** | |
| 117 | 01/16/2029 | 563.45 | 12.50 | 550.95 | 1,671.19 |
| 118 | 02/16/2029 | 563.45 | 9.40 | 554.05 | 1,117.14 |
| 119 | 03/16/2029 | 563.45 | 6.28 | 557.17 | 559.97 |
| 120 | 04/16/2029 | 563.45 | 3.48 | 559.97 | 0.00 |
| **2029 Totals** | | **2,253.80** | **31.66** | **2,222.14** | |
| **Grand Totals** | | **53,307.00** | **14,907.00** | **38,400.00** | |

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate.  6.009% | FINANCE CHARGE  The dollar amount the credit will cost you.  $14,907.00 | Amount Financed  The amount of credit provided to you or on your behalf.  $38,400.00 | Total of Payments  The amount you will have paid after you have made all payments as scheduled.  $53,307.00 |
|---|---|---|---|