**OFICINA REGLAMENTACION INDUSTRIA LECHERA**
**RESUMEN LIQUIDACION AL GANADERO**
**QUINCENA TERMINADA 06/26/19**

| CONCEPTO | NIVEL DE PAGO | CUARTILLOS | PRECIO | VALOR |
|---|---|---|---|---|
| **TOTAL CUOTA EN LIQUIDACION** | | 15,189,458 | | |
| | | | | |
| Producción Recogida | | 9,432,303 | | |
| Leche Decomisada en Plantas de Tratamiento | | 547,877 | | |
| **TOTAL PRODUCCION** | | 9,980,180 | | |
| | | | | |
| **Menos:** | | | | |
| Leche Fresca Plantas[1] | 1 | 5,366,740 | $ 0.86000 | $ 4,615,396.40 |
| Leche Comedores[1] | 1 | 206,563 | $ 0.86000 | $ 177,644.18 |
| Leche Indulac UHT Local[1] | 2 | 539,232 | $ 0.86000 | $ 463,739.52 |
| Leche UHT Sin Lactosa[1] | 2 | 35,000 | $ 0.86000 | $ 30,100.00 |
| Crema Resultante (Indulac) | 2 | 82,665 | $ 0.90000 | $ 74,398.50 |
| Leche Decomisada en Ruta Pagada (Ganaderos no Responsables) | 2 | - | $ - | $ - |
| Leche Marcas Privadas | 2 | - | $ - | $ - |
| Crema Resultante (Suiza Dairy, Corp. y Vaquería Tres Monjitas, Inc.) | 1 | 176,574 | $ 0.90000 | $ 158,916.60 |
| Leche Sustitución de Leche en Polvo | 1 | 250,624 | $ 0.25000 | $ 62,656.00 |
| Leche Fresca con Sabores[1] | 1 | 34,202 | $ 0.86000 | $ 29,413.72 |
| Leche para Half & Half | 1 | 12,204 | $ 0.86000 | $ 10,495.44 |
| Leche Pasterizada Especializada de Larga Duración (Vaquería Tres Monjitas, Inc.) | 1 | 151,084 | $ 0.86000 | $ 129,932.24 |
| Leche para Planta VIDA UP-PB[1] (ESL) Sin Lactosa | 1 | 84,069 | $ 0.86000 | $ 72,299.34 |
| Leche Fresca Plantas (Exportación) | 1 | 3,154 | $ 0.40000 | $ 1,261.60 |
| Leche Para Queso | 2 | 198,000 | $ 0.30000 | $ 59,400.00 |
| Leche UHT Saborizadas[1] | 2 | 10,000 | $ 0.86000 | $ 8,600.00 |
| Leche Pre-Pasteurizada Exportación | 2 | 1,238,844 | $ 0.20000 | $ 247,768.80 |
| Leche UHT Para Exportación (Marcas Pura y Kanny) | 2 | 59,806 | $ 0.27000 | $ 16,147.62 |
| Leche UHT Para Exportación (Marca Indulac) | 2 | 983,542 | $ 0.30000 | $ 295,062.60 |
| Leche Decomisada en Plantas de Tratamiento (Interno) | 1 | 75,323 | $ - | $ - |
| Leche Decomisada en Plantas de Tratamiento (Interno) | 2 | 37,715 | $ - | $ - |
| Leche Decomisada en Plantas de Tratamiento (Externo) | 1 | 289,755 | $ - | $ - |
| Leche Decomisada en Plantas de Tratamiento (Externo) | 2 | 145,084 | $ - | $ - |
| Leche Decomisada en Ruta No Pagada (Ganaderos Responsables) | N/A | - | $ - | $ - |
| | | | | |
| **COSTO A LAS PLANTAS[2]** | | 9,432,303 | $ 0.68416 | $ 6,453,232.56 |
| | | | | |
| **RETENCIONES REGLAMENTARIAS** | | | | |
| FFIL Aportaciones (Leche Fluida pagada a precio completo) | | 6,439,094 | $ 0.00500 | $ 32,195.47 |
| FFIL Aportaciones (Crema Retenida) | | 259,239 | $ 0.00500 | $ 1,296.20 |
| Transporte Leche Cruda | | 9,980,180 | $ 0.02500 | $ 249,504.50 |
| Fondo Especial de Financiamiento (Leche Fluida pagada a precio completo) | | 6,439,094 | $ 0.00500 | $ 32,195.47 |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Interno) | | 113,038 | $ 0.01250 | $ 1,412.98 |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Externo) | | 434,839 | $ 0.03600 | $ 15,654.20 |
| **Sub-Total Retenciones** | | 9,980,180 | $ 0.03329 | $ 332,258.81 |
| | | | | |
| **RETENCIONES NO REGLAMENTARIAS** | | | | |
| FEP, Inc. Gastos Operacionales (Leche Fluida pagada a precio completo) | | 6,439,094 | $ 0.00300 | $ 19,317.28 |
| **SUB-TOTAL RETENCIONES (VOLUNTARIAS)** | | 6,439,094 | $ 0.00300 | $ 19,317.28 |
| | | | | |
| **Total Retenciones** | | 9,980,180 | $ 0.03523 | $ 351,576.10 |
| | | | | |
| **Sobrante Neto Para Liquidación** | | 9,980,180 | $ 0.61138 | $ 6,101,656.46 |
| | | | | |
| Menos: Liquidación Sobre Cuota (No Pagada al ganadero) | | 5,803 | $ 0.17500 | $ 1,015.53 |
| Más: Leche Decomisada en Plantas de Tratamiento (Interno y Externos) | | 547,877 | $ - | $ - |
| | | | | |
| **Sub-Total** | | 9,974,377 | $ 0.61163 | $ 6,100,640.94 |
| | | | | |
| Más: Dinero Resultante del Sobre Cuota (Orden Administrativa 2016-21) | | | | $ - |
| Balance inicial Fondo de Sobre Cuota | | | | $ - |
| Inyección de Dinero al Nivel de Ponderado de Otros Productos (Orden Administrativa 2016-21) | | | | $ - |
| Inyección de Dinero por Financiamiento Huracán María (Préstamo FEP, Inc.) | | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | 1 | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | 2 | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | 3 | | | $ - |
| Balance Final Fondo de Sobre Cuota | | | | $ - |
| | | | | |
| **Disponible Para Liquidación** | | 9,974,377 | $ 0.611631 | $ 6,100,640.94 |
| | | | | |
| Primer Nivel | 1 | 6,650,292 | $ 0.752356 | $ 5,003,389.42 |
| Segundo Nivel | 2 | 3,324,085 | $ 0.330091 | $ 1,097,251.62 |
| | | | | |
| **Total Liquidación (Con Retenciones Reglamentarias y No Reglamentarias)** | | 9,974,377 | $ 0.611631 | $ 6,100,641.04 |
| | | | | |
| Ajustes Redondeo | | | | $ 0.10 |
| Ajustes Periodo Anterior | | | | |
| **Sobrante (Deficit)[3]** | | | | $ 0.00 |

Notas: [1] Incluye Incentivo Gubernamental de 7.5 centavos para consumo de leche fluida.

[2] Total de Costo Plantas no incluye los cuartillos decomisados en finca, Leche Decomisada en Plantas de Tratamiento (Interno y Externo), ni Leche Decomisada en Ruta No Pagada (Ganaderos Responsables).

[3] Incluye Reembolso por transporte de Leche Decomisada No Pagada.

Conforme a las Ordenes Administrativas 2019-47 y 2019-48 se decomisaron en Plantas de tratamiento un total de 547,847 cuartillos (de los cuales 434,839 fueron descremados por Suiza Dairy, Corp. y los restantes 113,038 fueron descremados por Vaquería Tres Monjitas, Inc.).

| Nivel de Liquidación | | Cuartillos Distribuidos | Factor Nivel | Precio Neto / Cllos Nivel |
|---|---|---|---|---|
| Primer Nivel | 1 | 6,650,292 | 45.43153% | $ 0.752356 |
| Segundo Nivel | 2 | 3,324,085 | 54.56847% | $ 0.330091 |
| Tercer Nivel | 3 | | | $ - |
| Cuarto Nivel | 4 | | | $ - |