**OFICINA REGLAMENTACION INDUSTRIA LECHERA**
RESUMEN LIQUIDACION AL GANADERO
**QUINCENA TERMINADA 07/10/19**

| CONCEPTO | NIVEL DE PAGO | CUARTILLOS | PRECIO | VALOR |
|---|---|---|---|---|
| **TOTAL CUOTA EN LIQUIDACION** | | 15,189,458 | | |
| | | | | |
| Producción Recogida | | 9,276,795 | | |
| Leche Decomisada en Plantas de Tratamiento | | 419,092 | | |
| **TOTAL PRODUCCION** | | 9,695,887 | | |
| | | | | |
| Menos: | | | | |
| Leche Fresca Plantas[1] | 1 | 5,349,025 | $ 0.86000 | $ 4,600,161.50 |
| Leche Comedores[1] | 1 | 75,133 | $ 0.86000 | $ 64,614.38 |
| Leche Indulac UHT Local[1] | 2 | 752,099 | $ 0.86000 | $ 646,805.14 |
| Leche UHT Sin Lactosa[1] | 2 | 54,000 | $ 0.86000 | $ 46,440.00 |
| Crema Resultante (Indulac) | 2 | 71,627 | $ 0.90000 | $ 64,464.30 |
| Leche Decomisada en Ruta Pagada (Ganaderos no Responsables) | 2 | 19,999 | $ 0.86000 | $ 17,199.14 |
| Leche Marcas Privadas | 2 | 194,007 | $ 0.61500 | $ 119,314.31 |
| Crema Resultante (Suiza Dairy, Corp. y Vaquería Tres Monjitas, Inc.) | 1 | 110,697 | $ 0.90000 | $ 99,627.30 |
| Crema Resultante de Decomisado en Plantas de Tratamiento(Suiza Dairy, Corp. y Vaquería Tres Monjitas, Inc.) | 1 | 39,491 | $ 0.90000 | $ 35,541.90 |
| Leche Sustitución de Leche en Polvo | 1 | 257,268 | $ 0.25000 | $ 64,317.00 |
| Leche Fresca con Sabores[1] | 1 | 34,311 | $ 0.86000 | $ 29,507.46 |
| Leche para Half & Half | 1 | 9,524 | $ 0.86000 | $ 8,190.64 |
| Leche Pasterizada Especializada de Larga Duración (Vaquería Tres Monjitas, Inc.) | 1 | 133,727 | $ 0.86000 | $ 115,005.22 |
| Leche para Planta VIDA UHT-PB[1] | 1 | 221,938 | $ 0.86000 | $ 190,866.68 |
| Leche para Planta VIDA UHT-PB[1] (Sin Lactosa) | 1 | 122,307 | $ 0.86000 | $ 105,184.02 |
| Leche Fresca Plantas (Exportación) | 1 | 5,830 | $ 0.40000 | $ 2,332.00 |
| Leche Para Queso | 2 | 187,237 | $ 0.30000 | $ 56,171.10 |
| Leche Para Mantecado | 2 | 4,758 | $ 0.50000 | $ 2,379.00 |
| Leche Pre-Pasteurizada Exportación | 2 | 1,187,488 | $ 0.20000 | $ 237,497.60 |
| Leche UHT Para Exportación (Marca Indulac) | 2 | 439,360 | $ 0.30000 | $ 131,808.00 |
| Pruebas para Investigación y Desarrollo de Nuevos Productos Crema (según OA 2019-51) | 2 | 1,300 | $ 0.32000 | $ 416.00 |
| Pruebas para Investigación y Desarrollo de Nuevos Productos  No Fluidos (según OA 2019-51) | 2 | 3,558 | $ 0.20000 | $ 711.60 |
| Leche Decomisada en Plantas de Tratamiento (Interno) | 1 | 82,939 | $ - | $ - |
| Leche Decomisada en Plantas de Tratamiento (Interno) | 2 | 38,024 | $ - | $ - |
| Leche Decomisada en Plantas de Tratamiento (Externo) | 1 | 204,414 | $ - | $ - |
| Leche Decomisada en Plantas de Tratamiento (Externo) | 2 | 93,715 | $ - | $ - |
| Leche Decomisada en Ruta No Pagada (Ganaderos Responsables) | N/A | 2,111 | $ - | $ - |
| | | | | |
| **COSTO A LAS PLANTAS[2]** | | 9,274,684 | $ 0.71577 | $ 6,638,554.29 |
| | | | | |
| **RETENCIONES REGLAMENTARIAS** | | | | |
| FFIL Aportaciones (Leche Fluida pagada a precio completo) | | 6,772,063 | $ 0.00500 | $ 33,860.32 |
| FFIL Aportaciones (Crema Retenida) | | 221,815 | $ 0.00500 | $ 1,109.08 |
| Transporte Leche Cruda | | 9,695,887 | $ 0.02500 | $ 242,397.18 |
| Fondo Especial de Financiamiento (Leche Fluida pagada a precio completo) | | 6,772,063 | $ 0.00500 | $ 33,860.32 |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Interno) | | 120,963 | $ 0.01250 | $ 1,512.04 |
| Costo Disposición Leche Decomisada en Planta de Tratamiento (Externo) | | 298,129 | $ 0.03600 | $ 10,732.64 |
| **Sub-Total Retenciones** | | 9,695,887 | $ 0.03336 | $ 323,471.56 |
| | | | | |
| **RETENCIONES NO REGLAMENTARIAS** | | | | |
| FEP, Inc. Gastos Operacionales (Leche Fluida pagada a precio completo) | | 6,772,063 | $ 0.00300 | $ 20,316.19 |
| **SUB-TOTAL RETENCIONES (VOLUNTARIAS)** | | 6,772,063 | $ 0.00300 | $ 20,316.19 |
| | | | | |
| **Total Retenciones** | | 9,695,887 | $ 0.03546 | $ 343,787.75 |
| | | | | |
| **Sobrante Neto Para Liquidación** | | 9,695,887 | $ 0.64922 | $ 6,294,766.53 |
| | | | | |
| Menos: Liquidación Sobre Cuota (No Pagada al ganadero) | | 1,041 | $ 0.17500 | $ 182.18 |
| Decomiso Antibiotico No Pagado | | 2,111 | $ - | $ - |
| Más: Leche Decomisada en Plantas de Tratamiento (Interno y Externos) | | 419,092 | $ - | $ - |
| | | | | |
| **Sub-Total** | | 9,692,735 | $ 0.64941 | $ 6,294,584.36 |
| | | | | |
| Más: Dinero Resultante del Sobre Cuota (Orden Administrativa 2016-21) | | | | $ - |
| Balance inicial Fondo de Sobre Cuota | | | | $ - |
| Inyección de Dinero al Nivel de Ponderado de Otros Productos (Orden Administrativa 2016-21) | | | | $ - |
| Inyección de Dinero por Financiamiento Huracán María (Préstamo FEP, Inc.) | | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | 1 | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | 2 | | | $ - |
| Inyección de Dinero por Fondo Especial de Financiamiento | 3 | | | $ - |
| Balance Final Fondo de Sobre Cuota | | | | $ - |
| | | | | |
| **Disponible Para Liquidación** | | 9,692,735 | $ 0.649413 | $ 6,294,584.36 |
| | | | | |
| Primer Nivel | 1 | 6,646,604 | $ 0.761703 | $ 5,062,738.82 |
| Segundo Nivel | 2 | 3,046,131 | $ 0.404414 | $ 1,231,898.30 |
| | | | | |
| **Total Liquidación  (Con Retenciones Reglamentarias y No Reglamentarias)** | | 9,692,735 | $ 0.649418 | $ 6,294,637.12 |
| | | | | |
| Ajustes Redondeo | | | | $ (0.01) |
| Ajustes Periodo Anterior | | | | |
| **Sobrante (Deficit)[3]** | | | | $ 0.00 |

**Notas:**   [1]Incluye Incentivo Gubernamental de 7.5 centavos para consumo de leche fluida.

[2] Total de Costo Plantas no incluye los cuartillos decomisados en finca, Leche Decomisada en Plantas de Tratamiento (Interno y Externo), ni Leche Decomisada en Ruta No Pagada (Ganaderos Responsables)

[3]Incluye Reembolso por transporte de Leche Decomisada No Pagada.

Conforme a las Ordenes Administrativas 2019-49 y 2019-50 se decomisaron en Plantas de tratamiento un total de 419,092 cuartillos (de los cuales 298,129 fueron descremados por Suiza Dairy, Corp. y los restantes 120,963 fueron descremados por Vaquería Tres Monjitas, Inc.).

| Nivel de Liquidación | | Cuartillos Distribuidos | Factor Nivel | Precio Neto / Cllos Nivel |
|---|---|---|---|---|
| Primer Nivel | 1 | 6,646,604 | 45.57440% | $ 0.761703 |
| Segundo Nivel | 2 | 3,046,131 | 54.42560% | $ 0.404414 |
| Tercer Nivel | 3 | | | $ - |
| Cuarto Nivel | 4 | | | $ - |