| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 18-07215-BKT12<br>District of Puerto Rico<br>Old San Juan<br>Tue Mar 19 15:55:50 AST 2019 | BANCO POPULAR PR - SPECIAL LOANS<br>MIGDALIA EFFIE GUASP ESQ<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | COOP-AC SAN RAFAEL<br>PO BOX 1531<br>QUEBRADILLAS, PR 00678-1531 |
| FONDO DE INNOVACIN PARA EL DESARROLLO AGRICO<br>GRACE M FIGUEROA, ESQ<br>PO BOX 193813<br>SAN JUAN, PR 00919-3813 | STATE INSURANCE FUND CORP<br>ALEJANDRO SUAREZ CABRERA ESQ<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ASUME-OLGA JACA MENDEZ<br>PO BOX 71316 SAN JUAN PR 00936-8416 | At&T<br>PO Box 47455<br>Jacksonvill, FL 32247-7455 | Banco Popular De Puerto Rico<br>PO Box 71375<br>San Juan, PR 00936-8475 |
| Banco Popular de Puerto Rico<br>Special Loans Department (749)<br>PO Box 362708<br>San Juan, PR 00936-2708 | CRIM<br>PO Box 195387<br>San Juan, PR 00919-5387 | Coop. A/C San Rafael<br>Apartado 1531<br>Quebradillas, PR 00678-1531 |
| Department Of Treasury<br>PO Box 9024140 Off. 424.B<br>Bankruptcy Section<br>San Juan, PR 00902-4140 | FEDERACION DE ASOCIACIONES PECUARIAS<br>DE PUERTO RICO INC<br>PO BOX 2635<br>MAYAGUEZ PR 00681-2635 | FIDA<br>APARTADO 9745<br>San Juan, PR 00908-0745 |
| Fondo de Innovacion para el Desarrollo Agric<br>Grace Figueroa, ESQ<br>PO Box 193813<br>San Juan, PR 00919-3813 | Gilbert Figueroa Merced, Esq.<br>PO Box 1321<br>Mayaguez, PR 00681-1321 | IRS<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | PYOD, LLC.<br>PO BOX 19008<br>Greenville, SC 29602-9008 | Puerto Department of Labor<br>Collection Unit - 12th Floor<br>PO Box 195540<br>San Juan PR 00919-5540 |
| STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 | EMANUEL GONZALEZ NIEVES<br>HC-03 BOX 15289<br>Quebradillas, PR 00678-9644 | HOMEL MERCADO JUSTINIANO<br>8 CALLE RAMIREZ SILVA<br>ENSANCHE MARTINEZ<br>MAYAGUEZ, PR 00680 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Puerto Rico Milk Industry Regulatory Offic

End of Label Matrix

Mailable recipients 25
Bypassed recipients 1
Total 26