# IN THE UNITED STATES BAKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 18-07215 (BKT) |
| EMANUEL GONZALEZ NIEVES | CHAPTER 12 |
| Debtor | |

## MOTION REQUESTING ORDER AND WRIT UPON ORDER GRANTING OF ORDER TO TRANSFER PROPERTY

TO THE HONORABLE COURT:

COMES NOW CREDITOR, Fondo de Innovación para el Desarrollo Agricola de Puerto Rico (FIDA) through the undersigned attorney, and very respectfully states and pray:

1. On September 4, 2020 the Parties filed a joint *Motion Requesting Entry of Order to Transfer Property,* (Docket 104).

2. On October 5th, 2020, this Honorable Court entered an *Order Granting Unopposed Motion,* (Docket 105).

3. Upon entry of the abovementioned order, FIDA respectfully request this Honorable Court to enter the Order and Writ attached hereto, as Exhibit A and Exhibit B, respectively. Such Order and Writ are in conformity with the terms of the *Motion Requesting Entry of Order to Transfer Property.*

WHEREFORE, FIDA requests the Court to issue the Order and Writ attached hereto as **Exhibits A** and **B** and to grant any other relief it deems fair and equitable.

Respectfully submitted.

In San Juan P.R. this 23rd day of October 2020.

## CERTIFICATE OF SERVICE

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case, including the Debtor's counsel and the U.S. Trustee for Region 21.

***s/Jorge L. González-Burgos***
Jorge L. González-Burgos
USDC-PR 223302
301 Calle del Recinto Sur
Suite 701
San Juan, PR 00901-1908
Telephone (787) 405-5564
Email: jtglaw@gmail.com