# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re Emanuel González Nieves | Case No. 18-07216 (EAG12) |
| Debtor | Chapter 12 |

## JOSÉ MELÉNDEZ MONTERO'S UNSWORN STATEMENT UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF BANCO POPULAR DE PUERTO RICO-SPECIAL LOAN'S MOTION TO DISMISS

I, José Meléndez Montero, of legal age, single, Banco Popular de Puerto Rico-Special Loan's AVP & Commercial Relationship Officer, and resident of Guaynabo, Puerto Rico, state under penalty of perjury as follows:

1. That my personal circumstances are the above stated.

2. I am the Banco Popular de Puerto Rico-Special Loan's officer that personally handles Emanuel González-Nieves' mortgage loan cases, including all issues related to his voluntary bankruptcy petition 18-07216 (EAG12).

3. On September 5, 2019, Emanuel González-Nieves reached a stipulation regarding the treatment of Banco Popular de Puerto Rico's secured claim. Commencing the month after the plan is confirmed, he will make, via Suiza Dairy, a $1,600.00 consecutive monthly installment payment directly to Banco Popular de Puerto Rico for the next 58 months.

4. As part of my professional duties, I am personally in charge, among other things, of receiving and processing all agreed-upon monthly installment payments under the confirmed plan and exchanging communications with Emanuel González-Nieves.

5. As of this date, Banco Popular's records, which I personally review, file, and custody, confirm that on April 2022, Popular received $400.00 less than the agreed-upon amount. And Debtor also failed to pay the $1,600.00 installments for May, June, and July, 2022 that were required under the Stipulation Agreement incorporated into the confirmed Chapter 12 Plan.

6. To this day, these deficient amounts remain outstanding.

7. I sent a communication to Emanuel González Nieves regarding these payment issues, as well as his outstanding monthly operating reports; it was to no avail.

8. The above information is true and correct to the best of my knowledge and understanding based on the available information as of this date.

I state under penalty of perjury that the foregoing is true and correct.

Executed on August 5th, 2022.

_____
José Meléndez Montero
AVP & Commercial Relationship Officer, Banco Popular de Puerto Rico-Special Loans